Lawyaw Package ID: 975a3b32-4ba0-4616-8649-edb66e5f4412

Brian N. Folland Esq., SBN: 157350
THE FOLLAND LAW GROUP
8050 North Palm Avenue, Suite 300
Fresno, California 93711
Phone: 559-330-2203
Fax: 559-715-4071
Email: brian.follandlawgroup@gmail.com

Attorney for: JS FREIGHT LLC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JS FREIGHT LLC.<br><br>        Plaintiff,<br><br>vs.<br><br>SNOW JOE LLC., AND DOES 1-50 Inclusive<br><br>        Defendants | Case No.:<br><br>**COMPLAINT FOR BREACH OF CONTRACT** |

Plaintiff, JS FREIGHT LLC., hereby allege as follows:

## I.

## PARTIES

1.  Plaintiff JS FREIGHT LLC. (hereafter "Plaintiff") is, and at all times mentioned herein, a corporation organizing and existing under the laws of the State of California.

2.  Defendant SNOW JOE LLC. (hereafter "SNOW JOE") is, and at all times mentioned herein, a corporation organizing and existing under the laws of the State of New Jersey.

3.  Plaintiff is ignorant of the true names, interests, rights, and capacities of Defendants sued as DOES 1 through 50, inclusive, and therefore sue these Defendants by those fictious names. Plaintiff will seek leave to amend this Complaint to allege their true names, interests, rights and

[1]
COMPLAINT FOR BREACH OF CONTRACT

capacities when they are ascertained. Plaintiff is informed, believe, and thereon allege that each of the fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and Plaintiffs' injuries are proximately caused by their misconduct. Plaintiff is informed, believe, and thereon allege that at all times herein mentioned each of the Defendants was the agent, officer, servant and/or employee of each of the other Defendants. The Defendants were at all times herein acting within the scope and purposes of such agency and/or employment with the permission and consent of their co-Defendants, and that each Defendant has ratified and approved acts of their other Defendants.

## II.

## JURISDICTION AND VENUE

4.   This Court has original jurisdiction over the proceeding pursuant to 28 U.S.C.A. §1331 and §1332 since these claims arise under a Federal Question and the parties are domiciled in different states. Defendants are domiciled in the State of New Jersey and Plaintiff is domiciled in the State of California; therefore, venue is proper.

5.   During the relevant time period, Plaintiff is and still is a resident of the county of Fresno, in the State of California.

## III.

## FACTUAL BACKGROUND

6.   On or about September 2023, Plaintiff contacted SNOW JOE via a sales call. During this routine sales call, SNOW JOE sent Plaintiff their driving route to which Plaintiff accepted and sent SNOW JOE a quote. SNOW JOE accepted the quote and began sending several driving routes to Plaintiff.

7.   Due to the quote being accepted by SNOW JOE, the first shipping load began on or about

Lawyaw Package ID: 975a3b32-4ba0-4616-8649-edb66e5f4412

September 21, 2023, which continued through on or about December 12, 2023. At the completion of each delivery, a Bill of Lading (herein referred to as a "BOL") is issued. A BOL is a legal document that is provided by the receiving shipper to the carrier which reflects a completed delivery. A BOL also includes, but is not limited to, the type of goods shipped, the delivery origin and ending destination.

8.   On or about October 6, 2023, the first of several invoices were sent to Defendant SNOW JOE. As per the invoice, payment was due to be made to Plaintiff within thirty (30) days, which SNOW JOE did not comply with their obligation of payment. As of the date of this Complaint, only a partial payment has been received, while there is still a substantial amount of Seventy Five Thousand Five Hundred Sixty Nine Dollars ($75,569) due to Plaintiff. Plaintiff has made multiple attempts to gain payment, to which Defendant SNOW JOE continues to not comply.

9.   As of the date of this Complaint, SNOW JOE has failed and continue to refuse to provide payment due for the services that was provided by Plaintiff. Due to the nonpayment from SNOW JOE, Plaintiff has been forced to close their business, lay off employees, max out all lines of credit and loss of wages for self.

10. SNOW JOE has failed, refused, and continue to refuse give payment to Plaintiff by:

a.   On or about September 21, 2023, Plaintiff received a BOL, with an issued BOL number of 086712256, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 1.**

b.   On or about October 3, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001446484, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 2.**

c.   On or about October 3, 2023, Plaintiff received a BOL, with an issued BOL number of

**[3]**
COMPLAINT FOR BREACH OF CONTRACT

Lawyaw Package ID: 975a3b32-4ba0-4616-8649-edb66e5f4412

08763320001446361, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 3.**

d.   On or about October 3, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001446085, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 4.**

e.   On or about October 3, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001446309, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 5**.

f.   On or about October 3, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001446446, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 6.**

g.   On or about October 3, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001446422, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 7.**

h.   On or about October 3, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001446408, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 8.**

i.   On or about October 4, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001447269, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 9.**

j.   On or about October 4, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001447221, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 10.**

**[4]**
COMPLAINT FOR BREACH OF CONTRACT

Lawyaw Package ID: 975a3b32-4ba0-4616-8649-edb66e5f4412

k.  On or about October 4, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001447245, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 11.**

l.  On or about October 4, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001446095, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 12**.

m.  On or about October 4, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001447207, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 13.**

n.  On or about October 4, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001446729, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 14.**

o.  On or about October 4, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001447368, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 15.**

p.  On or about October 4, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001446859, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 16.**

q.  On or about October 5, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001448273, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 17.**

r.  On or about October 5, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001448174, that as of the date of this Complaint, has not been paid and is

Lawyaw Package ID: 975a3b32-4ba0-4616-8649-edb66e5f4412

herein attached as **Exhibit 18.**

s. On or about October 5, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001448037, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 19.**

t. On or about October 5, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001448051, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 20.**

u. On or about October 5, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001448075, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 21.**

v. On or about October 5, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001448013, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 22.**

w. On or about October 10, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001449959, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 23.**

x. On or about October 10, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001449942, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 24.**

y. On or about October 10, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001449911, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 25.**

z. On or about October 10, 2023, Plaintiff received a BOL, with an issued BOL number

of 08763320001449935, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 26.**

aa. On or about October 10, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001450221, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 27.**

bb. On or about October 10, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001449966, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 28.**

cc. On or about October 10, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001449973, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 29.**

dd. On or about October 10, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001450009, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 30.**

ee. On or about October 10, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001450016, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 31.**

ff. On or about October 10, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001450023, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 32.**

gg. On or about October 10, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001450054, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 33.**

Lawyaw Package ID: 975a3b32-4ba0-4616-8649-edb66e5f4412

hh. On or about October 17, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001455080, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 34.**

ii. On or about October 30, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001464457, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 35.**

jj. On or about October 30, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001464433, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 36.**

kk. On or about October 30, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001464754, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 37.**

ll. On or about October 31, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001465065, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 38.**

mm.     On or about October 31, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001466376, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 39.**

nn. On or about October 31, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001466246, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 40.**

oo. On or about October 31, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001466475, that as of the date of this Complaint, has not been paid and is

COMPLAINT FOR BREACH OF CONTRACT

herein attached as **Exhibit 41.**

pp. On or about October 31, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001466505, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 42.**

qq. On or about October 31, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001466512, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 43.**

rr. On or about October 31, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001466277, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 44.**

ss. On or about October 31, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001466260, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 45.**

tt. On or about October 31, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001466284, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 46.**

uu. On or about November 1, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001468011, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 47.**

vv. On or about November 1, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001467977, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 48.**

ww.    On or about November 1, 2023, Plaintiff received a BOL, with an issued BOL

[9]
COMPLAINT FOR BREACH OF CONTRACT

Lawyaw Package ID: 975a3b32-4ba0-4616-8649-edb66e5f4412

number of 08763320001468004, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 49.**

xx. On or about November 1, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001467991, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 50.**

yy. On or about November 1, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001467083, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 51.**

zz. On or about November 2, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001468776, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 52.**

aaa.     On or about November 2, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001468769, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 53.**

bbb.     On or about November 2, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001468752, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 54.**

ccc.     On or about November 2, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001468783, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 55.**

ddd.     On or about November 3, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001471219, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 56.**

[10]
COMPLAINT FOR BREACH OF CONTRACT

eee.    On or about November 3, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001471196, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 57.**

fff. On or about November 2, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001471226, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 58.**

ggg.    On or about November 3, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001471233, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 59.**

hhh.    On or about November 3, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001471288, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 60.**

iii. On or about November 3, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001471271, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 61.**

jjj. On or about November 3, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001471264, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 62.**

kkk.    On or about November 3, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001471240, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 63.**

lll. On or about November 3, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001471257, that as of the date of this Complaint, has not been paid and is

herein attached as **Exhibit 64.**

mmm.    On or about November 27, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001498179, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 65.**

nnn.    On or about November 27, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001498216, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 66.**

ooo.    On or about November 27, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001498247, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 67.**

ppp.    On or about November 27, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001498278, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 68.**

qqq.    On or about November 27, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001498285, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 69.**

rrr. On or about November 27, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001498254, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 70.**

sss. On or about November 27, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001498308, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 71.**

ttt. On or about December 1, 2023, Plaintiff received a BOL, with an issued BOL number

Lawyaw Package ID: 975a3b32-4ba0-4616-8649-edb66e5f4412

of 08763320001510321, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 72.**

uuu.    On or about December 1, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001510345, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 73.**

vvv.    On or about December 8, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001525943, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 74.**

www.    On or about December 8, 2023, Plaintiff received a BOL, with an issued BOL number of 08763320001525929, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 75.**

xxx.    On or about December 11, 2023, Plaintiff received a BOL, with an issued BOL number of Transfer #2, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 76.**

yyy.    On or about December 11, 2023, Plaintiff received a BOL, with an issued BOL number of N/A, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 77.**

zzz.    On or about December 11, 2023, Plaintiff received a BOL, with an issued BOL number of Transfer #3, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 78.**

aaaa.    On or about December 12, 2023, Plaintiff received a BOL, with an issued BOL number of Transfer #8, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 79.**

COMPLAINT FOR BREACH OF CONTRACT

bbbb.    On or about December 12, 2023, Plaintiff received a BOL, with an issued BOL number of Transfer #7, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 80.**

cccc.    On or about December 12, 2023, Plaintiff received a BOL, with an issued BOL number of Transfer #5, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 81.**

dddd.    On or about December 12, 2023, Plaintiff received a BOL, with an issued BOL number of Transfer #6, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 82.**

eeee.    On or about December 12, 2023, Plaintiff received a BOL, with an issued BOL number of Transfer #4, that as of the date of this Complaint, has not been paid and is herein attached as **Exhibit 83.**

## IV.

## FIRST CAUSE OF ACTION

### (Breach of Contract - Against Defendants SNOW JOE LLC., and DOES 1-50, Inclusive)

11. Plaintiff hereby incorporate by reference all allegations contained in paragraphs 1 through 10, as though fully set forth herein,

12. Plaintiff entered into a contract, via BOL, with Defendant SNOW JOE in order to ship products for SNOW JOE.

13. Plaintiff upheld their contractional obligations by providing shipment duties as agreed upon in the BOL.

14. SNOW JOE has failed and refused to pay the Plaintiff the full amount for services

**[14]**
COMPLAINT FOR BREACH OF CONTRACT

Lawyaw Package ID: 975a3b32-4ba0-4616-8649-edb66e5f4412

provided within the BOL. SNOW JOE continues, without legal cause or right, to refuse to pay the Plaintiff the balance owed under the BOL.

15. Plaintiff has performed all their conditions, including but not limited to, continued shipment of products pursuant to the terms of the BOL. As a direct and proximate cause of SNOW JOE's breach of the terms of the BOL, Plaintiff has been damaged in an amount that has not yet been fully ascertained.

## V.

## PRAYER

Plaintiff prays for judgement against the Defendants SNOW JOE LLC., and DOES 1-50, Inclusive, as follows:

1. For special, general, economic, incidental, and consequential damages, according to the proof in an amount of $75,569;

2. For all other damages and remedies including pre-judgement interest, according to the proof;

3. For attorneys' fees and costs of suit incurred herein; and

4. For such other and further relief as the Court deems just and proper.

Dated: __04/10/2024__ _____                    Respectfully Submitted,

THE FOLLAND LAW GROUP

By: *Brian N. Folland*
_____
Brian N. Folland Esq.,
Attorney for Plaintiff,
JS FRIGHT LLC.

**[15]**
COMPLAINT FOR BREACH OF CONTRACT

# **<u>EXHIBIT 1</u>**

Date: 09/21/2023                    **BILL OF LADING**

| SHIP FROM | |
|---|---|
| Name: SNOW JOE LLC | |
| Address: 100 PERFORMANCE DR | |
| City/State/Zip: MAHWAH/NJ/07495 | |
| SID#: | FOB: ☐ |

Bill of Lading Number:

| SHIP TO | |
|---|---|
| Name: BEST BUY PURCHASING LLC | Location #: |
| Address: 1 INDUSTRY WAY | |
| City/State/Zip: STAUNTON/VA/24401-9051 | |
| CID#: | FOB: ☐ |

CARRIER NAME: MYSTERII TRUCKING LLC
Trailer number:
Seal number(s):
SCAC: FREIGHT BROKER: JS FREIGHT LLC - JFLV
Pro number:

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: SNOW JOE LLC
Address: 100 PERFORMANCE DR
City/State/Zip: MAHWAH/NJ/07495          8.8.12256

SPECIAL INSTRUCTIONS:          866.98461

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*
Prepaid JS FREIGHT   Collect ___   3rd Party ___
☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| PO# TVDZCU | 6 PALLETS | 2,925 | ● / N | LTL = 6 PALLETS |
| | | | Y / N | Date 9/28/23  Trailer 57JV |
| | | | Y / N | Seal #1 on trailer |
| | | | Y / N | Seal #2 on trailer |
| | | | Y / N | Seals match BOL  Y /Ⓝ  Seals intact  Y /Ⓝ |
| | | | Y / N | BBY Emp |
| | | | Y / N | Driver |

**GRAND TOTAL**

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION  Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 6 | PALLET | | | 2,925 | | 6 pallets, 40x48x79, 2,925 lbs. snow blowers | | |

RDC/DDC 84  Date 9-28-23
Over ___  Short ___
Damaged ___  Refused ___
Total Ctns 150  Emp J. Purvis
Total Pallets Received 6
Shrink Wrap Color Clear

GRAND TOTAL

COD Amount: $
Fee Terms:  Collect ☐  Prepaid ☐
Customer check acceptable: ☐

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____."

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. • 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____  Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

anson  9/25/23

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to contain |
| | ☐ By Driver/Pieces |

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

# **EXHIBIT 2**

**SHIP FROM:**

Name: Snow Joe LLC
Address: 794 School House Rd
City/State/Zip: New Castle, DE 19720

SID#: EDI0008627638-1      FOB: ☐

**Bill of Lading Number: 08763320001446484**

1528.00000

**SHIP TO:**

Name: HOME DEPOT STORE 4112     Location #: **4112**
Address: 4640 ROOSEVELT BLVD
City/State/Zip: PHILADELPHIA, PA 19124-2300
CID#: HOMEDEP05
Phone #: (000) 000-0000

Attention:      FOB: ☐

**CARRIER NAME: JS FREIGHT**
Trailer number:
Seal number(s):

**SCAC: JFLV**
Pro number:
**LOAD : 12993758**

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: SNOW JOE
Address: 221 RIVER ST
City/State/Zip: Hoboken, NJ 07030
Attention: SNOW JOE

**Freight Charge Terms:**
**PPD**

☐ (check box)    Master Bill of Lading: with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS:
Master Bill of Lading Number:08763320001446491

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 12993758 | 1168 | 43136.00 | Y   N | 0 | |
| **GRAND TOTAL** | 1168 | 43896.00 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 19 | Pallet | 1168 | Case | 43136.00 | | | | |
| 19 | | 1168 | | 43896.00 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ___ per ___.

**COD Amount: $** ___
**Fee Terms:** Collect: ☐   Prepaid: ☒
**Customer check acceptable:** ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature                 Shipper

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

10/3

Trailer Loaded:
☒ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☒ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

Hazardous materials emergency telephone number: 1-800-535-5053

# **<u>EXHIBIT 3</u>**

| SHIP FROM: | |
|---|---|
| Name: *Snow Joe LLC* | **Bill of Lading Number:** *08763320001446361* |
| Address: *794 School House Rd* | |
| City/State/Zip: *New Castle, DE 19720* | *1528.00000* |

SID#: *EDI0008627640-1*  FOB:☐

| SHIP TO: | |
|---|---|
| Name: *HOME DEPOT STORE 4114*  Location #: *4114* | **CARRIER NAME:** *JS FREIGHT*  Trailer number:  Seal number(s): |
| Address: *5342 W BALTIMORE PIKE* | |
| City/State/Zip: *PRIMOS-SECANE, PA 19018-1811*  CID#: *HOMEDEP05*  Phone #: (000) 000-0000 | **SCAC:** *JFLV*  **Pro number:**  **LOAD : 14993758** |

Attention:  FOB:☐  *Load # 335495*

| THIRD PARTY FREIGHT CHARGES BILL TO: | |
|---|---|
| Name: *SNOW JOE*  Address: *221 RIVER ST* | **Freight Charge Terms:**  *PPD* |
| City/State/Zip: *Hoboken, NJ 07030*  Attention: *SNOW JOE* | ☐ (check box)  Master Bill of Lading: with attached underlying Bills of Lading |

SPECIAL INSTRUCTIONS:
*Master Bill of Lading Number:08763320001446378*

*KR 41143 2328*

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|---|
| 14993758 | 1168 | 43136.00 | Y | N | 0 | |
| **GRAND TOTAL** | 1168 | 43896.00 | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 19 | Pallet | 1168 | Case | 43136.00 | | | | |
| 19 | | 1168 | | 43896.00 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

COD Amount: $ _____
Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. § 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ **Shipper**
Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.  10/4/23 | ☑ By Shipper  ☐ By Driver | ☑ By Shipper  ☐ By Driver/pallets said to contain  ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.  Property described above is received in good order, except as noted. |

Hazardous materials emergency telephone number: 1-800-535-5053

*Dana Wilson #4114*

# **<u>EXHIBIT 4</u>**

# BILL OF LADING

Date: 10/3/2023

Page 1 of 1

DATE:10/04/2023
FRT BILL:2310041417B3

DATE:10/04/2023
FRT BILL:2310041417B3

**SHIP FROM:**

Name: Snow Joe LLC
Address: 794 School House Rd

City/State/Zip: New Castle, DE 19720

SID#: EDI0008627641-1

FOB ☐

Bill of Ladin

1528.00000

**CARRIER NAI**
Trailer numbe
Seal number(

**SCAC:** JFL\
Pro number:
**LOAD :** 1999

**SHIP TO:**

Name: HOME DEPOT STORE 4119    Location #: 4119

Address: 690 LANCASTER PIKE

City/State/Zip: FRAZER, PA 19355-1811
CID# HOMEDEP05
Phone #: (000) 000-0000

Attention:

FOB ☐

Lc

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: SNOW JOE
Address: 221 RIVER ST

City/State/Zip: Hoboken, NJ 07030
Attention: SNOW JOE

Freight Charg
PPD

☐
(Check box)

SPECIAL INSTRUCTIONS:
Master Bill of Lading Number:08763320001446392

KEYREC:4119/4602
PO:19993768

KEYREC:4119/4602
PO:19993768

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 19993758 | 1168 | 43136.00 | Y    N | 0 | |
| GRAND TOTAL | 1168 | 43896.00 | | 0 | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | Hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 19 | Pallet | 1168 | Case | 43136.00 | | | | |
| 19 | | 1168 | | 43896.00 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
___ per ___

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

Commodities required to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

**COD Amount:** $
**Fee Terms:    Collect:** ☐   **Prepaid:** ☐
**Customer check acceptable:** ☐

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature

**SHIPPER SIGNATURE / DATE**

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**

Carrier acknowledges receipt of packages and required cartons. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

Hazardous materials emergency telephone number: 1-800-535-5053

# **<u>EXHIBIT 5</u>**

# BILL OF LADING

| SHIP FROM: | |
|---|---|
| Name: *Snow Joe LLC* | **Bill of Lading Number:** **08763320001446309** |
| Address: *794 School House Rd* | *1528.00000* |
| City/State/Zip: *New Castle, DE 19720* | |
| SID#: *EDI0008627625-1*   FOB:☐ | **CARRIER NAME:** *JS FREIGHT* |

| SHIP TO: | |
|---|---|
| Name: *HOME DEPOT STORE 1601*   Location #: *1601* | Trailer number:<br>Seal number(s): |
| Address: *1301 NEW CHURCHMANS RD* | **SCAC:** *JFLV* |
| City/State/Zip: *NEWARK, DE 19713* | **Pro number:** |
| CID#: *HOMEDEP05* | **LOAD : 01993758** |
| Phone #: (000) 000-0000 | |
| Attention:   FOB:☐ | |

| THIRD PARTY FREIGHT CHARGES BILL TO: | |
|---|---|
| Name: *SNOW JOE* | **Freight Charge Terms:** |
| Address: *221 RIVER ST* | *PPD* |
| City/State/Zip: *Hoboken, NJ 07030* | |
| Attention: *SNOW JOE* | ☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading |

**SPECIAL INSTRUCTIONS:**
Master Bill of Lading Number:08763320001446316

*R. G. MADAYAG 1601*

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|---|
| 01993758 | 1168 | 43136.00 | Y | N | 0 | |
| **GRAND TOTAL** | 1168 | 43896.00 | | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 19 | Pallet | 1168 | Case | 43136.00 | | | | |
| 19 | | 1168 | | 43896.00 | | | | |

| Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____." | **COD Amount: $** _____ |
|---|---|
| | Fee Terms:  Collect: ☐  Prepaid: ☐ |
| | Customer check acceptable: ☐ |

**NOTE  Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).**

| RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations. | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
|---|---|
| | _____ Shipper Signature |

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☑ By Shipper<br>☐ By Driver | ☐ By Shipper<br>☐ By Driver/pallets said to contain<br>☑ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.<br>Property described above is received in good order, except as noted. |
| *K. Willews 10/3* | | | |

Hazardous materials emergency telephone number: 1-800-535-5053

# **EXHIBIT 6**

# BILL OF LADING

| SHIP FROM: | | |
|---|---|---|
| Name: *Snow Joe LLC* | **Bill of Lading Number:** *08763320001446446* | |
| Address: *794 School House Rd* | *1528.00000* | |
| City/State/Zip: *New Castle, DE 19720* | | |
| SID#: *EDI0008627627-1*     FOB:☐ | | |

**CARRIER NAME:** *JS FREIGHT*
Trailer number:
Seal number(s):

| SHIP TO: | |
|---|---|
| Name: *HOME DEPOT STORE 1603*    Location #: *1603* | |
| Address: *2000 PEOPLES PLAZA* | |
| City/State/Zip: *NEWARK, DE 19702-5702* | |
| CID#: *HOMEDEP05* | |
| Phone #: *(000) 000-0000* | |
| Attention:     FOB:☐ | |

**SCAC:** *JFLV*
**Pro number:**
**LOAD : 03993758**

| THIRD PARTY FREIGHT CHARGES BILL TO: | |
|---|---|
| Name: *SNOW JOE* | |
| Address: *221 RIVER ST* | |
| City/State/Zip: *Hoboken, NJ 07030* | |
| Attention: *SNOW JOE* | |

**Freight Charge Terms:**
    *PPD*

☐ (check box)    Master Bill of Lading: with attached underlying Bills of Lading

**SPECIAL INSTRUCTIONS:**
*Master Bill of Lading Number:08763320001446453*

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 03993758 | 1168 | 43136.00 | Y   N | 0 | |
| **GRAND TOTAL** | 1168 | 43896.00 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 19 | Pallet | 1168 | Case | 43136.00 | | | | |
| 19 | | 1168 | | 43896.00 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

**COD Amount: $** _____
**Fee Terms: Collect:** ☐ **Prepaid:** ☐
**Customer check acceptable:** ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

*K. William*    Shipper
Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

*K. Williams 10/3*

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☑ By Shipper | ☑ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to contain |
| | ☑ By Driver/Pieces |

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

Hazardous materials emergency telephone number: 1-800-535-5053

# <u>EXHIBIT 7</u>

Date: 10/3/2023

# BILL OF LADING

**Name:** Snow Joe LLC
**Address:** 794 School House Rd

City/State/Zip: New Castle, DE 19720

SID#: EDI0008627634-1                    FOB:☐

**Bill of Lading Number:** 08763320001446422

1528.00000

**SHIP TO:**
**Name:** HOME DEPOT STORE 4106    Location #: **4106**
**Address:** 200 ALAN WOOD ROAD

City/State/Zip: CONSHOHOCKEN, PA 19428-1137
CID#: **HOMEDEP05**
Phone #: (000) 000-0000

Attention:                              FOB:☐

**CARRIER NAME:**
Trailer number:
Seal number(s):

**SCAC: JFLV**
Pro number:
**LOAD : 0699375**

**THIRD PARTY FREIGHT CHARGES BILL TO:**
**Name:** SNOW JOE
**Address:** 221 RIVER ST

City/State/Zip: Hoboken, NJ 07030
**Attention:** SNOW JOE

**Freight Charge Te**
**PPD**

☐
(check box)

**SPECIAL INSTRUCTIONS:**
**Master Bill of Lading Number:** 08763320001446439

| CUSTOMER ORDER INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| **CUSTOMER ORDER NUMBER** | **# PKGS** | **WEIGHT** | **PALLET/SLIP** (CIRCLE ONE) | **Pallet Cnt Per PO** | | **ADDITIONAL SHIPPER INFO** |
| 06993758 | 1168 | 43136.00 | Y    N | 0 | | |
| **GRAND TOTAL** | 1168 | 43896.00 | | | | |

| CARRIER INFORMATION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **HANDLING UNIT** | | **PACKAGE** | | **WEIGHT** | **H.M.** (X) | **LTL ONLY** | | **COMMODITY DESCRIPTION** |
| **QTY** | **TYPE** | **QTY** | **TYPE** | **PL WEIGHT** | **hazardous material** | **NMFC CODE** | **CLASS** | **ITEM CLASS** |
| 19 | Pallet | 1168 | Case | 43136.00 | | | | |
| 19 | | 1168 | | 43896.00 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

**COD Amount: $ _____**
Fee Terms:  Collect: ☐   Prepaid: ☑
Customer check acceptable: ☐

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_Signature_                          **Shipper**

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

10/3

**Trailer Loaded:**
☑ By Shipper
☐ By Driver

**Freight Counted:**
☑ By Shipper
☐ By Driver/pallets said to contain
☑ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order except as noted.

10-4-23

Hazardous materials emergency telephone number: 1-800-535-5053

# **<u>EXHIBIT 8</u>**

**SHIP FROM:**

Name: Snow Joe LLC
Address: 794 School House Rd

City/State/Zip: New Castle, DE 19720

SID#: EDI0008627633-1                    FOB:☐

**Bill of Lading Number: 08763320001446408**

1528.00000

**SHIP TO:**

Name: HOME DEPOT STORE 1605     Location #: **1605**
Address: 138 SUNSET BLVD

City/State/Zip: NEW CASTLE, DE 19720-4100
CID#: HOMEDEP05
Phone #: (000) 000-0000

Attention:                    FOB:☐

**CARRIER NAME: JS FREIGHT**
Trailer number:
Seal number(s):

**SCAC: JFLV**
Pro number:
**LOAD : 05993758**

Load#: 335493

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: SNOW JOE
Address: 221 RIVER ST

City/State/Zip: Hoboken, NJ 07030
Attention: SNOW JOE

**Freight Charge Terms:**
PPD

☐
(check box)

Master Bill of Lading: with attached underlying Bills of Lading

**SPECIAL INSTRUCTIONS:**
**Master Bill of Lading Number:08763320001446415**

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 05993758 | 1168 | 43136.00 | Y    N | 0 | |
| **GRAND TOTAL** | 1168 | 43896.00 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 19 | Pallet | 1168 | Case | 43136.00 | | | | |
| 19 | | 1168 | | 43896.00 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____ ."

**COD Amount: $**
Fee Terms:   Collect: ☐   Prepaid: ☑
Customer check acceptable: ☐

**NOTE  Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature _____     **Shipper**

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are property classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Signature 10/4/03

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☑ By Shipper | ☑ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to contain |
| | ☐ By Driver/Pieces |

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

Hazardous materials emergency telephone number: 1-800-535-5053

1605 | 8513

# **<u>EXHIBIT 9</u>**

# BILL OF LADING

| SHIP FROM: | Bill of Lading Number: **08763320001447269** |
|---|---|
| Name: Snow Joe LLC<br>Address: 794 School House Rd<br><br>City/State/Zip: New Castle, DE 19720<br><br>SID#: EDI0008627647-1    FOB:☐ | 1528.00000 |

| SHIP TO: | CARRIER NAME: **JS FREIGHT** |
|---|---|
| Name: HOME DEPOT STORE 4140    Location #: **4140**<br>Address: 1951 GLENWOOD ST SW<br><br>City/State/Zip: ALLENTOWN, PA 18103-5539<br>CID#: **HOMEDEP05**<br>Phone #: (000) 000-0000<br><br>Attention:    FOB:☐ | Trailer number:<br>Seal number(s):<br><br>SCAC: **JFLV**<br>Pro number:<br>LOAD : **40993334** |

| THIRD PARTY FREIGHT CHARGES BILL TO: | |
|---|---|
| Name: SNOW JOE<br>Address: 221 RIVER ST<br><br>City/State/Zip: Hoboken, NJ 07030<br>Attention: SNOW JOE | Freight Charge Terms:<br>   **PPD**<br><br>☐ (check box)    Master Bill of Lading: with attached underlying<br>Bills of Lading |

SPECIAL INSTRUCTIONS:
Master Bill of Lading Number:08763320001447276

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP<br>(CIRCLE ONE) | Pallet Cnt<br>Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 40993334 | 1168 | 43136.00 | Y   N | 0 | |
| GRAND TOTAL | 1168 | 43896.00 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M.<br>(X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous<br>material | NMFC CODE | CLASS | ITEM CLASS |
| 19 | Pallet | 1168 | Case | 43136.00 | | | | |
| 19 | | 1168 | | 43896.00 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____

COD Amount: $ _____
Fee Terms: Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper
Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.<br><br>_____ 10/4 | ☑ By Shipper<br>☐ By Driver | ☑ By Shipper<br>☐ By Driver/pallets said to contain<br>☑ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.<br><br>Property described above is received in good order, except as noted.    10/5 |

Hazardous materials emergency telephone number: 1-800-535-5053

# **EXHIBIT 10**

# BILL OF LADING

ase 1:24-cv-00435-SLR-BAM    Document Lading Number 03/13/2024 447 Page 35 of 1

**SHIP FROM**
Name: *Snow Joe LLC*
Address: *794 School House Rd*

1528.00000

City/State/Zip: *New Castle, DE  19720*

SID#: *EDI0008627642-1*　　　　　FOB:☐

**SHIP TO:**
Name: *HOME DEPOT STORE 4121*　　Location #: *4121*
Address: *200 HATTON DRIVE*

City/State/Zip: *GLEN MILLS, PA 19342-3325*
CID#: *HOMEDEP05*
Phone #: *(000) 000-0000*

**CARRIER NAME:** *JS FREIGHT*
Trailer number:
Seal number(s):

**SCAC:** *JFLV*
Pro number:
*LOAD : 21993758*

Attention:　　　　　　　　　　　FOB:☐

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: *SNOW JOE*
Address: *221 RIVER ST*

City/State/Zip: *Hoboken, NJ  07030*
Attention: *SNOW JOE*

**Freight Charge Terms:**
*PPD*

☐
(check box)

Master Bill of Lading: with attached underlying
Bills of Lading

SPECIAL INSTRUCTIONS:
**Master Bill of Lading Number:08763320001447238**

| CUSTOMER ORDER INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| **CUSTOMER ORDER NUMBER** | **# PKGS** | **WEIGHT** | **PALLET/SLIP** (CIRCLE ONE) | **Pallet Cnt Per PO** | | **ADDITIONAL SHIPPER INFO** |
| 21993758 | 1168 | 43136.00 | Y　　N | 0 | | |
| **GRAND TOTAL** | 1168 | 43896.00 | xxxxxxxxxxxxxxxxxxxxxxx | | | |

| CARRIER INFORMATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| **HANDLING UNIT** | | **PACKAGE** | | **WEIGHT** | **H.M.** (X) | **LTL ONLY** | **COMMODITY DESCRIPTION** |
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE　CLASS | ITEM CLASS |
| 19 | Pallet | 1168 | Case | 43136.00 | | | |
| 19 xxxxxxxxxxxxxxxxx xxxxxxx | | 1168 xxxxxxxxxxxxxxx xxxxxxxxx | | 43896.00 xxxxxxxxxxxxxxx xxxxx | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ___ per ___."

**COD Amount: $**
**Fee Terms:  Collect: ☐  Prepaid: ☐**
**Customer check acceptable: ☐**

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature _____　16/5/27　　**Shipper**

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

**Trailer Loaded:**
☐ By Shipper
☐ By Driver

**Freight Counted:**
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

*Property described above is received in good order, except as noted.*

Hazardous materials emergency telephone number: 1-800-535-5053

# EXHIBIT 11

# BILL OF LADING

| SHIP FROM: | |
|---|---|
| Name: *Snow Joe LLC* | **Bill of Lading Number:** *08763320001447245* |
| Address: *794 School House Rd* | *1528.00000* |
| City/State/Zip: *New Castle, DE 19720* | |
| SID#: *EDI0008627645-1*          FOB:☐ | |

| SHIP TO: | |
|---|---|
| Name: *HOME DEPOT STORE 4132*   Location #: *4132* | **CARRIER NAME:** *JS FREIGHT* |
| Address: *295 ARMAND HAMMER BLVD* | Trailer number: |
| | Seal number(s): |
| City/State/Zip: *POTTSTOWN, PA 19464-7002.* | **SCAC:** *JFLV* |
| CID#: *HOMEDEP05* | Pro number: |
| Phone #: (000) 000-0000 | *LOAD : 32993758* |
| Attention:                       FOB:☐ | |

| THIRD PARTY FREIGHT CHARGES BILL TO: | |
|---|---|
| Name: *SNOW JOE* | **Freight Charge Terms:** |
| Address: *221 RIVER ST* | *PPD* |
| City/State/Zip: *Hoboken, NJ 07030* | ☐ (check box)  Master Bill of Lading: with attached underlying |
| Attention: *SNOW JOE* | Bills of Lading |

SPECIAL INSTRUCTIONS:
**Master Bill of Lading Number:08763320001447252**

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 32993758 | 1168 | 43136.00 | Y   N | 0 | |
| **GRAND TOTAL** | 1168 | 43896.00 | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 19 | Pallet | 1168 | Case | 43136.00 | | | | |
| 19 | | 1168 | | 43896.00 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____

**COD Amount: $** _____
Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper
Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☑ By Shipper | ☑ By Shipper | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. |
| | ☐ By Driver | ☐ By Driver/pallets said to contain | |
| *[signature]* 10/4 | | ☐ By Driver/Pieces | Property described above is received in good order, except as noted. |

Hazardous materials emergency telephone number: 1-800-535-5053

*[signatures]* 10/4/23

# **EXHIBIT 12**

Date: 10/4/2023

# BILL OF LADING

Page 1 of 1

| SHIP FROM | |
|---|---|
| Name: *Snow Joe LLC* | **Bill of Lading Number:** *08763320001446095* |
| Address: *794 School House Rd* | |
| City/State/Zip: *New Castle, DE  19720* | *1528.00000* |

SID#: *EDI0008628417-1*                FOB:☐

| SHIP TO | |
|---|---|
| Name: *HOME DEPOT STORE 4101*    Location #: *4101* | **CARRIER NAME:** *JS FREIGHT* |
| | Trailer number: |
| Address: *1651 S COLUMBUS BLVD* | Seal number(s): |
| City/State/Zip: *PHILADELPHIA, PA  19148-1402* | **SCAC:** *JFLV* |
| CID#: *HOMEDEP05* | **Pro number: 515** |
| Phone #: (000) 000-0000 | *LOAD : 01993839* |

Attention:                FOB:☐

| THIRD PARTY FREIGHT CHARGES BILL TO | |
|---|---|
| Name: Snow Joe LLC | **Freight Charge Terms:** |
| Address: 221 River St | *PPD* |
| City/State/Zip: , Hoboken, NJ 07030 | |
| Attention: Snow Joe LLC | ☐ (check box)    Master Bill of Lading: with attached underlying Bills of Lading |

SPECIAL INSTRUCTIONS:
*Master Bill of Lading Number:08763320001446101*

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 01993839 | 1168 | 43136.00 | Y    N | 0 | |
| **GRAND TOTAL** | **1168** | **43896.00** | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 19 | Pallet | 1168 | Case | 43136.00 | | | | |
| 19 | | 1168 | | 43896.00 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____ ."

COD Amount: $ _____
Fee Terms:   Collect: ☐   Prepaid: ☒
Customer check acceptable: ☐

**NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. § 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper
Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.   10/3 | ☒ By Shipper  ☐ By Driver | ☒ By Shipper  ☐ By Driver/pallets said to contain  ☒ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.  Property described above is received in good order, except as noted. |

Hazardous materials emergency telephone number: 1-800-535-5053

# EXHIBIT 13

Date: 10/4/2023

# BILL OF LADING

Page 1 of 1

**SHIP FROM:**

Name: Snow Joe LLC
Address: 794 School House Rd

City/State/Zip: New Castle, DE 19720

SID#: EDI0008527635-1                    FOB: ☐

**Bill of Lading N_____ 08763320001447212**

1528.00000

**SHIP TO:**

Name: HOME DEPOT STORE 4109     Location #: **4109**

Address: 7690 WASHINGTON LANE

City/State/Zip: WYNCOTE, PA 19095-2214
CID#: HOMEDEP05
Phone #: (000) 000-0000

Attention:                                FOB: ☐

**CARRIER NAME:**
Trailer number:
Seal number(s):

**SCAC: JFLV**
Pro number:
**LOAD : 09993**

KEYREC:410964632
PO:09993758

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: SNOW JOE
Address: 221 RIVER ST

City/State/Zip: Hoboken, NJ 07030
Attention: SNOW JOE

**Freight Charg__
PPD**

☐
(check box)

DATE:10/04/2023
FRT BILL:2231006195713

KEYREC:410964632
PO:09993758

DATE:10/04/2023
FRT BILL:2231006195713

SPECIAL INSTRUCTIONS:
Master Bill of Lading Number:08763320001447214

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 09993758 | 1168 | 43136.00 | Y   N | 0 | |
| **GRAND TOTAL** | 1168 | 43896.00 | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 19 | Pallet | 1168 | Case | 43136.00 | | | | |
| 19 | | 1168 | | 43896.00 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ____ per ____.

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

COD Amount: $
Fee Terms:   Collect: ☐   Prepaid: ☑
Customer check acceptable: ☐

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
Signature                              Shipper

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

_signature_ 10/4

Hazardous materials emergency telephone number: 1-800-535-5053

Trailer Loaded:
☑ By Shipper
☐ By Driver

Freight Counted:
☑ By Shipper
☐ By Driver/pallets said to contain
☑ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

_signature_ Property described above is received in good order, except as noted.

# EXHIBIT 14

# BILL OF LADING

**Bill of Lading Number:** 08763320001446729

**SHIP FROM:**

Name: *Snow Joe LLC*
Address: *794 School House Rd*

City/State/Zip: *New Castle, DE 19720*

SID#: *EDI0008627650-1*      FOB: ☐

1528.00000

**SHIP TO:**

Name: *HOME DEPOT STORE 4145*   Location #: *4145*

Address: *600 SOUTH TROOPER RD*

City/State/Zip: *NORRISTOWN, PA 19403-3416*
CID#: *HOMEDEP05*
Phone #: *(000) 000-0000*

Attention:      FOB: ☐

**CARRIER NAME:** *JS FREIGHT*
Trailer number:
Seal number(s):

**SCAC:** *JFLV*
Pro number:
*LOAD : 45993758*

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: *SNOW JOE*
Address: *221 RIVER ST*

City/State/Zip: *Hoboken, NJ 07030*
Attention: *SNOW JOE*

**Freight Charge Terms:**
*PPD*

☐
(check box)

Master Bill of Lading: with attached underlying Bills of Lading

**SPECIAL INSTRUCTIONS:**
*Master Bill of Lading Number:08763320001446736*

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|---|
| 45993758 | 1168 | 43136.00 | Y | N | 0 | |
| **GRAND TOTAL** | 1168 | 43896.00 | | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 19 | Pallet | 1168 | Case | 43136.00 | | | | |
| 19 | | 1168 | | 43896.00 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

**COD Amount: $** _____
**Fee Terms:** Collect: ☐  Prepaid: ☒
**Customer check acceptable:** ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ **Shipper**
Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

_____ 10/1

**Trailer Loaded:**
☒ By Shipper
☐ By Driver

**Freight Counted:**
☒ By Shipper
☐ By Driver/pallets said to contain
☒ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

Hazardous materials emergency telephone number: 1-800-535-5053

# EXHIBIT 15

# BILL OF LADING

| SHIP FROM: | |
|---|---|
| Name: Snow Joe LLC | |
| Address: 794 School House Rd | |
| City/State/Zip: New Castle, DE 19720 | |

**Bill of Lading Number:** 08763320001447368

1528.00000

SID#: EDI0008628431-1                    FOB:☐

| SHIP TO: | |
|---|---|
| Name: HOME DEPOT STORE 6866      Location #: **6866** | |
| Address: 11725 BUSTLETON AVE | |
| City/State/Zip: PHILADELPHIA, PA 19116-2515 | |
| CID#: **HOMEDEP05** | |
| Phone #: (000) 000-0000 | |

**CARRIER NAME:** JS FREIGHT
Trailer number:
Seal number(s):

**SCAC:** JFLV
Pro number:
LOAD : 66993839

Attention:                                       FOB:☐

## THIRD PARTY FREIGHT CHARGES BILL TO:

| | |
|---|---|
| Name: SNOW JOE | |
| Address: 221 RIVER ST | |
| City/State/Zip: Hoboken, NJ 07030 | |
| Attention: SNOW JOE | |

**Freight Charge Terms:**
   PPD

☐ (check box)      Master Bill of Lading: with attached underlying Bills of Lading

**SPECIAL INSTRUCTIONS:**
Master Bill of Lading Number:08763320001447375

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 66993839 | 1168 | 43136.00 | Y    N | 0 | |
| **GRAND TOTAL** | 1168 | 43896.00 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 19 | Pallet | 1168 | Case | 43136.00 | | | | |
| 19 | | 1168 | | 43896.00 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____."

**COD Amount: $** _____
Fee Terms:   Collect: ☐   Prepaid: ☑
Customer check acceptable: ☐

**NOTE  Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_[signature]_                                              **Shipper**
Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. _[signature] 10/4_ | ☑ By Shipper  ☐ By Driver | ☑ By Shipper  ☐ By Driver/pallets said to contain  ☑ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |

Hazardous materials emergency telephone number: 1-800-535-5053

# **<u>EXHIBIT 16</u>**

Date: 10/4/2023

# BILL OF LADING

Page 1 of 1

| SHIP FROM: | |
|---|---|
| Name: *Snow Joe LLC* | |
| Address: *794 School House Rd* | |
| City/State/Zip: *New Castle, DE  19720* | |
| SID#: *EDI0008643425-1* | FOB:☐ |

**Bill of Lading Number:** *08763320001446859*

*1100.00000*

| SHIP TO: | |
|---|---|
| Name: *HOME DEPOT STORE 6588*    Location #: *6588* | |
| Address: *3705 KELL BLVD* | |
| City/State/Zip: *WICHITA FALLS, TX  76308-1604* | |
| CID#: *HOMEDEP05* | |
| Phone #: *(000) 000-0000* | |
| Attention: | FOB:☐ |

**CARRIER NAME:** *JS FREIGHT*
Trailer number:
Seal number(s):

**SCAC:** *JFLV*
Pro number:
*LOAD : 88986855*

| THIRD PARTY FREIGHT CHARGES BILL TO: | |
|---|---|
| Name: *SNOW JOE* | |
| Address: *221 RIVER ST* | |
| City/State/Zip: *Hoboken, NJ  07030* | |
| Attention: *SNOW JOE* | |

**Freight Charge Terms:**
*PPD*

☐
(check box)

Master Bill of Lading: with attached underlying Bills of Lading

**SPECIAL INSTRUCTIONS:**
*Master Bill of Lading Number:08763320001446866*

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|---|
| 88986855 | 1100 | 22000.00 | Y | N | 0 | |
| **GRAND TOTAL** | 1100 | 22440.00 | | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 11 | Pallet | 1100 | Case | 22000.00 | | | | |
| 11 | xxxxxxxxxxxxxxx xxxxxx | 1100 | xxxxxxxxxxxxxxx xxxxxxxxx | 22440.00 | xxxxxxxxxxxxxxx xxxxx | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

**COD Amount: $**
**Fee Terms:   Collect:** ☐  **Prepaid:** ☐
**Customer check acceptable:** ☐

**NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. § 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper
Signature

**SHIPPER SIGNATURE / DATE**

DATE:10/06/2023
FRT BILL:88986855

KEYREC:65889i868
PO:88986855

said to contain

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

*Property described above is received in good order, except as noted.*

Ha...

*[signature]* 10-6

# EXHIBIT 17

Case 1:24-cv-00430-JLT-BAM   Document 1   Filed 04/10/24   Page 49 of 181

Date 10/5/2023

# BILL OF LADING

**SHIP FROM:**

Name: Snow Joe LLC
Address: 794 School House Rd

City/State/Zip: New Castle, DE 19720

SID#: EDI0008665564-1

FOB ☐

Bill of Lading Number: 08763320001448273

1191.00000

**SHIP TO:**

Name: HOME DEPOT STORE 4186   Location #: **4186**
Address: 5877 HAMILTON BLVD.

City/State/Zip: ALLENTOWN, PA 18106-9723
CID#: HOMEDEP05
Phone #: (000) 000-0000

Attention:

FOB ☐

**CARRIER NAME:** JS FREIGHT
Trailer number:
Seal number(s):

**SCAC:** *JFLV*
Pro number:
LOAD : 86996445

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: SNOW JOE
Address: 221 RIVER ST

City/State/Zip: Hoboken, NJ 07030
Attention: SNOW JOE

Freight Charge Terms:
PPD

☐
(check box)

Master Bill of Lading: with attached underlying
Bills of Lading

SPECIAL INSTRUCTIONS:
Master Bill of Lading Number:08763320001448280

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 86996445 | 1191 | 42258.00 | Y      N | 0 | |
| **GRAND TOTAL** | 1191 | 42978.00 | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 18 | Pallet | 1191 | Case | 42258.00 | | | | |
| 18 | | 1191 | | 42978.00 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____."

COD Amount: $
Fee Terms:  Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature _____ Shipper

**SHIPPER SIGNATURE / DATE**

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

_signature_ 10/5

Trailer Loaded:
☑ By Shipper
☐ By Driver

Freight Counted:
☑ By Shipper
☐ By Driver/pallets said to contain
☑ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

_signature_

Hazardous materials emergency telephone number: 1-800-535-5053

# EXHIBIT 18

Date: 10/5/2023

# BILL OF LADING

Page 1 of 1

**SHIP FROM:**

Name: *Snow Joe LLC*
Address: *794 School House Rd*

City/State/Zip: New Castle, DE 19720

SID#: *EDI0006627626-1*

FOB ☐

**SHIP TO:**

Name: *HOME DEPOT STORE 1602*  Location #: **1602**

Address: *601 NAAMANS RD*

City/State/Zip: CLAYMONT, DE 19703-2309
CID#: *HOMEDEP05*
Phone #: (000) 000-0000

Attention:

FOB ☐

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: *SNOW JOE*
Address: *221 RIVER ST*

City/State/Zip: Hoboken, NJ 07030
Attention: *SNOW JOE*

SPECIAL INSTRUCTIONS:
Master Bill of Lading Number:08763320001448181

Bill of Lading Number: **08763320001448174**

*1528.00000*

CARRIER NAME: *JS FI*
Trailer number:
Seal number(s):

SCAC: *JFLV*
Pro number: *029937*
LOAD : *02993758*

**Freight Charge Terms:**
*PPD*

☐
(check box)

FOB ☐

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|---|
| 02993758 | 1168 | 43136.00 | Y | N | 0 | |
| **GRAND TOTAL** | 1168 | 43896.00 | | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 19 | Pallet | 1168 | Case | 43136.00 | | | | |
| 19 | | 1168 | | 43896.00 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

COD Amount: $
Fee Terms:  Collect: ☐  Prepaid: ☐
Customer check acceptable: ☐

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper
Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT

10/5

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

Hazardous materials emergency telephone number: 1-800-535-5053

DiHuie G 10/5/23

# EXHIBIT 19

Date:10/5/2023

# BILL OF LADING

Page 1 of 1

| SHIP FROM: | |
|---|---|
| Name: *Snow Joe LLC* | |
| Address: *794 School House Rd* | |
| City/State/Zip: *New Castle, DE 19720* | |
| SID#: *EDI0008627628-1* | FOB:☐ |

**Bill of Lading Number:** *08763320001448037*

*1528.00000*

| SHIP TO: | |
|---|---|
| Name: *HOME DEPOT STORE 4104*    Location #: *4104* | |
| Address: *751 HORSHAM RD UNIT D* | |
| City/State/Zip: *LANSDALE, PA  19446-6489* | |
| CID#: *HOMEDEP05* | |
| Phone #: (000) 000-0000 | |
| Attention: | FOB:☐ |

**CARRIER NAME: *JS FREIGHT***
Trailer number:
Seal number(s):

**SCAC: *JFLV***
**Pro number:**
***LOAD : 04993758***

| THIRD PARTY FREIGHT CHARGES BILL TO: | |
|---|---|
| Name: *SNOW JOE* | |
| Address: *221 RIVER ST* | |
| City/State/Zip: Hoboken, NJ  07030 | |
| Attention: *SNOW JOE* | |

**Freight Charge Terms:**
***PPD***

☐ (check box)    Master Bill of Lading: with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS:
*Master Bill of Lading Number:08763320001448044*

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|---|
| 04993758 | 1168 | 43136.00 | Y | N | 0 | |
| GRAND TOTAL | 1168 | 43896.00 | | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 19 | Pallet | 1168 | Case | 43136.00 | | | | |
| 19 | | 1168 | | 43896.00 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____."

**COD Amount: $** _____
**Fee Terms:** Collect: ☐  Prepaid: ☐
**Customer check acceptable:** ☐

**NOTE  Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ **Shipper**
Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☑ By Shipper ☐ By Driver | ☑ By Shipper ☐ By Driver/pallets said to contain ☑ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |

_signature_ 10/5

Hazardous materials emergency telephone number: 1-800-535-5053

# **<u>EXHIBIT 20</u>**

# BILL OF LADING

Date:10/3/2023 | | Page 1 of 1

**SHIP FROM:**

Name: Snow Joe LLC
Address: 794 School House Rd

City/State/Zip: New Castle, DE 19720

SID#: EDI0008627646-1          FOB: ☐

**Bill of Lading Number:** *08763320001448051*

*1528.00000*

**SHIP TO:**

Name: HOME DEPOT STORE 4137     Location #: *4137*

Address: 965 E LANCASTER AVE

City/State/Zip: DOWNINGTOWN, PA 19335-3328
CID#: *HOMEDEP05*
Phone #: (000) 000-0000

Attention:                       FOB: ☐

**CARRIER NAME:** *JS FREIGHT*
Trailer number:
Seal number(s):

**SCAC:** *JFLV*
Pro number:
*LOAD : 37993758*

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: SNOW JOE
Address: 221 RIVER ST

City/State/Zip: Hoboken, NJ 07030
Attention: SNOW JOE

**Freight Charge Terms:**
*PPD*

☐
(check box)

Master Bill of Lading: with attached underlying
Bills of Lading

SPECIAL INSTRUCTIONS:
Master Bill of Lading Number:08763320001448068

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 37993758 | 1168 | 43136.00 | Y    N | 0 | |
| GRAND TOTAL | 1168 | 43896.00 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 19 | Pallet | 1168 | Case | 43136.00 | | | | |
| 19 | | 1168 | | 43896.00 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____".

**COD Amount: $** _____
**Fee Terms:  Collect: ☐   Prepaid:** ☐
Customer check acceptable: ☐

NOTE  Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ **Shipper**
Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

_____ 10/5

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☑ By Shipper | ☑ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to contain |
| | ☑ By Driver/Pieces |

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

*Property described above is received in good order, except as noted.*

Hazardous materials emergency telephone number: 1-800-535-5053

# **EXHIBIT 21**

Date: 10/5/2023

# BILL OF LADING

Page 1 of 1

| SHIP FROM: | |
|---|---|
| Name: Snow Joe LLC | Bill of Lading Number: **08763320001448075** |
| Address: 794 School House Rd | |
| City/State/Zip: New Castle, DE  19720 | **1528.00000** |

SID#: EDI00086527648-1    FOB:☐

| SHIP TO: | Location #: **8440** |
|---|---|
| Name: HOME DEPOT STORE 8440 | |
| Address: 3600 MILLER ROAD | |
| City/State/Zip: WILMINGTON, DE  19802-2524 | |
| CID#: HOMEDEP05 | |
| Phone #: (000) 000-0000 | |
| Attention: | FOB:☐ |

CARRIER NAME: **JS FREIGHT**
Trailer number:
Seal number(s):

SCAC: **JFLV**
Pro number:
**LOAD : 40993758**

| THIRD PARTY FREIGHT CHARGES BILL TO: | |
|---|---|
| Name: SNOW JOE | Freight Charge Terms: |
| Address: 221 RIVER ST | **PPD** |
| City/State/Zip: Hoboken, NJ  07030 | ☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading |
| Attention: SNOW JOE | |

SPECIAL INSTRUCTIONS:
**Master Bill of Lading Number:08763320001448082**

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 40993758 | 1168 | 43136.00 | Y    N | 0 | |
| GRAND TOTAL | 1168 | 43896.00 | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 19 | Pallet | 1168 | Case | 43136.00 | | | | |
| 19 | | 1168 | | 43896.00 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

COD Amount: $
Fee Terms:  Collect: ☐  Prepaid: ☒
Customer check acceptable: ☐

**NOTE  Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper
Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☒ By Shipper | ☒ By Shipper | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. |
| | ☐ By Driver | ☐ By Driver/pallets said to contain | Property described above is received in good order, except as noted. |
| _signature_ 10/5 | | ☒ By Driver/Pieces | _signature_  Orion L. Woo |

Hazardous materials emergency telephone number: 1-800-535-5053

# **<u>EXHIBIT 22</u>**

# BILL OF LADING

**Bill of Lading Number: 08763320001448013**

## SHIP FROM:

Name: *Snow Joe LLC*
Address: *794 School House Rd*

City/State/Zip: *New Castle, DE 19720*

SID#: *EDI0008627649-1*     FOB:☐

1528.00000

## SHIP TO:

Name: *HOME DEPOT STORE 4142*    Location #: *4142*

Address: *300 MACDADE BLVD*

City/State/Zip: *FOLSOM, PA 19033-2509*
CID#: *HOMEDEP05*
Phone #: (000) 000-0000

Attention:     FOB:☐

**CARRIER NAME: *JS FREIGHT***
Trailer number:
Seal number(s):

**SCAC: *JFLV***
Pro number:
*LOAD : 42993758*

## THIRD PARTY FREIGHT CHARGES BILL TO:

Name: *SNOW JOE*
Address: *221 RIVER ST*

City/State/Zip: *Hoboken, NJ 07030*
Attention: *SNOW JOE*

**Freight Charge Terms:**
*PPD*

☐
(check box)

Master Bill of Lading: with attached underlying
Bills of Lading

**SPECIAL INSTRUCTIONS:**
*Master Bill of Lading Number:08763320001448020*

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|---|
| 42993758 | 1168 | 43136.00 | Y | N | 0 | |
| **GRAND TOTAL** | 1168 | 43896.00 | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 19 | Pallet | 1168 | Case | 43136.00 | | | | |
| 19 | | 1168 | | 43896.00 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____."

**COD Amount: $ _____**
Fee Terms:   Collect: ☐   Prepaid: ☒
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ **Shipper**
Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

_____ 10/5

Hazardous materials emergency telephone number: 1-800-535-5053

**Trailer Loaded:**
☒ By Shipper
☐ By Driver

**Freight Counted:**
☒ By Shipper
☐ By Driver/pallets said to contain
☒ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

_____ Stan Wintrode   10/6/23

# **<u>EXHIBIT 23</u>**

Date: 10/10/2023

# BILL OF LADING

Page 1 of 1

**SHIP FROM:**
Name: Snow Joe LLC
Address: 794 School House Rd
City/State/Zip: New Castle, DE 19720

SID#: EDI0008655004-1                   FOB: ☐

Bill of Lading Number: 08763320001449959

448.00000

**SHIP TO:**
Name: HOME DEPOT STORE 0944      Location #: 0944
Address: 1035 ROUTE 1
City/State/Zip: EDISON, NJ 08837-2904
CID# HOMEDEP05
Phone #: (000) 000-0000
Attention: HOME DEPOT                   FOB: ☐

CARRIER NAME: JS FREIGHT
Trailer number:
Seal number(s):

SCAC: JFLV
Pro number: 44983313
LOAD : 44983313

**THIRD PARTY FREIGHT CHARGES BILL TO:**
Name:
Address:
City/State/Zip: ,
Attention:

Freight Charge Terms:
PPD

☐
(check box)

Master Bill of Lading: with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS:
Master Bill of Lading Number:08763320001449928

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 44983313 | 448 | 22400.00 | Y    N | 0 | |
| GRAND TOTAL | 448 | 22720.00 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 8 | Pallet | 448 | Case | 22400.00 | | | | |
| 8 | | 448 | | 22720.00 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ___ per ___

COD Amount: $ _____
Fee Terms:  Collect: ☐  Prepaid: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

This carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| | ☐ By Shipper | ☐ By Shipper | |
| OCT 1 0 2023 | ☐ By Driver | ☐ By Driver/pallets said to contain | OCT 1 0 2023 |
| | | ☐ By Driver/Pieces | |

Hazardous materials emergency telephone number: 1-800-535-5053

X _____ Jeremy Carr
10/11/23

# **EXHIBIT 24**

# BILL OF LADING



**SHIP FROM:**

Name: Snow Joe LLC
Address: 794 School House Rd

City/State/Zip: New Castle, DE 19720

SID#: EDI0008654981-1                    FOB: ☐

Bill of Lading Number: 08763320001449942

448.00000

**SHIP TO:**

Name: HOME DEPOT STORE 0903    Location #: **0903**

Address: 3100 HAMILTON BLVD

City/State/Zip: SOUTH PLAINFIELD, NJ 07080-1201
CID#: **HOMEDEP05**
Phone #: (000) 000-0000

Attention: HOME DEPOT                     FOB: ☐

CARRIER NAME: **JS**
Trailer number:
Seal number(s):

SCAC: **JFLV**
Pro number: **0398**
LOAD: **03983313**

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name:
Address:

City/State/Zip: .
Attention:

Freight Charge Ter
**PPD**

☐
(check box)

SPECIAL INSTRUCTIONS:
Master Bill of Lading Number:08763320001449928

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 03983313 | 448 | 22400.00 | Y    N | 0 | |
| GRAND TOTAL | 448 | 22720.00 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 8 | Pallet | 448 | Case | 22400.00 | | | | |
| 8 | | 448 | | 22720.00 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ____ per ____.

COD Amount: $
Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature                                                    Shipper

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

OCT 1 0 2023

Trailer Loaded:
☑ By Shipper
☐ By Driver

Freight Counted:
☑ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

OCT 1 0 2023

Hazardous materials emergency telephone number: 1-800-535-5053



# EXHIBIT 25

Date:10/10/2023

# BILL OF LADING

#7

**SHIP FROM:**

Name: Snow Joe LLC
Address: 794 School House Rd

City/State/Zip: New Castle, DE 19720

SID#: EDI0008654984-1

FOB:☐

Bill of Lading Number: **08763320001449911**

448.00000

**SHIP TO:**

Name: HOME DEPOT STORE 0906     Location #: **0906**

Address: 1515 ROUTE 22

City/State/Zip: WATCHUNG, NJ 07069-6509
CID#: **HOMEDEP05**
Phone #: (000) 000-0000

Attention: HOME DEPOT

FOB:☐

CARRIER NAME: **JS**
Trailer number:
Seal number(s):

SCAC: **JFLV**
Pro number: 0698
LOAD : 06983313

KEYREC-090070259
PO:06983313

KEYREC-090070259
PO-06983313

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name:
Address:

City/State/Zip: ,
Attention:

FOB:☐

Freight Charge Te
**PPD**

☐
(check box)

DATE:10/11/2023
FRT BILL:06983313

DATE:10/11/2023
FRT BILL:06983313

SPECIAL INSTRUCTIONS:
**Master Bill of Lading Number:08763320001449928**

Stop 1

| CUSTOMER ORDER INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO | |
| 06983313 | 448 | 22400.00 | Y    N | 0 | | |
| **GRAND TOTAL** | 448 | 22720.00 | | | | |

| CARRIER INFORMATION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 8 | Pallet | 448 | Case | 22400.00 | | | | |
| 8 | | 448 | | 22720.00 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____."

COD Amount: $ _____
Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. § 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper
Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

OCT 10 2023

Trailer Loaded:—
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

OCT 10 2023

Kenol

Hazardous materials emergency telephone number: 1-800-535-5053

# **EXHIBIT 26**

Date:10/10/2023

# BILL OF LADING

Page 1 of 1

| SHIP FROM: | Bill of Lading Number: 08763320001449935 |
|---|---|

Name: *Snow Joe LLC*
Address: *794 School House Rd*

City/State/Zip: *New Castle, DE 19720*

448.00000

SID#: *EDI0008654993-1*          FOB:☐

| SHIP TO: | CARRIER NAME: *JS FREIGHT* |
|---|---|

Name: *HOME DEPOT STORE 0916*   Location #: *0916*

Trailer number:
Seal number(s):

Address: *373 US HIGHWAY 9 S*

City/State/Zip: *WOODBRIDGE, NJ 07095-1014*
CID#: *HOMEDEP05*
Phone #: (000) 000-0000

SCAC: *JFLV*

Pr___ *16983313*
L____

DATE:10/11/2023
FRT BILL:16983313

KEYREC:091627384
PO:16983313

Attention: *HOME DEPOT*          FOB:☐

| THIRD PARTY FREIGHT CHARGES BILL TO: | |
|---|---|

Name:
Address:

City/State/Zip:
Attention:

SPECIAL INSTRUCTIONS:
**Master Bill of Lading Number:08763320001449928**

DATE:10/11/2023          KEYREC:091627384
FRT BILL:16983313         PO:16983313

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PA | | |
|---|---|---|---|---|---|
| 16983313 | 448 | 22400.00 | Y | N | 0 |
| GRAND TOTAL | 448 | 22720.00 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 8 | Pallet | 448 | Case | 22400.00 | | | | |
| 8 | | 448 | | 22720.00 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____

COD Amount: $ _____
Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. § 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper
Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.   OCT 10 2023 | ☑ By Shipper  ☐ By Driver | ☐ By Shipper  ☐ By Driver/pallets said to contain  ☑ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT guidebook or equivalent documentation in the vehicle.   OCT 10 2023   Property described above is received in good order, except as noted. |

Hazardous materials emergency telephone number: 1-800-535-5053

# **<u>EXHIBIT 27</u>**

# BILL OF LADING

Date: 10/10/2023

3/7

Page 1 of 1

**SHIP FROM:**
Name: Snow Joe LLC
Address: 794 School House Rd
City/State/Zip: New Castle, DE 19720

FOB: ☐
SID#: EDI0008654992-1

Bill of Lading Number: **08763320001450221**

896.00000

**CARRIER NAME:** **JS FREIGHT**
Trailer number:
Seal number(s):

**SHIP TO:**
Name: HOME DEPOT STORE 0915          Location #: **0915**
Address: 2445 SPRINGFIELD AVE
City/State/Zip: VAUXHALL, NJ 07088-1046
CID#: **HOMEDEP05**
Phone #: (000) 000-0000
Attention: *HOME DEPOT*

FOB: ☐

**SCAC: *JFLV***
**Pro number: 15986754**
**LOAD : 15986754**

**THIRD PARTY FREIGHT CHARGES BILL TO:**
Name:
Address:
City/State/Zip: ,
Attention:

**Freight Charge Terms:**
*PPD*

☐
(check box)

Master Bill of Lading: with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS:
**Master Bill of Lading Number:08763320001449928**

Keyrec # 091529322
M.

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|---|
| 15986754 | 896 | 44800.00 | Y | N | 0 | |
| GRAND TOTAL | 896 | 45440.00 | | | | |

| CARRIER INFORMATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | COMMODITY DESCRIPTION |
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 16 | Pallet | 896 | Case | 44800.00 | | | |
| 16 | | 896 | | 45440.00 | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

COD Amount: $ _____
Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper
Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

OCT 10 2023

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

OCT 10 2023

Property described above is received in good order, except as noted.

Hazardous materials emergency telephone number: 1-800-535-5053

# **<u>EXHIBIT 28</u>**

DATE:10/12/2023
RT BILL:18983313

KEYREC:091867611
PO:18983313

# LADING

**Bill of Lading Number:** *08763320001449966*

*448.00000*

**CARRIER NAME:** *JS FREIGHT*
Trailer number:
Seal number(s):

**SCAC:** *JFLV*
**Pro number:** *18983313*
**LOAD : 18983313*

DATE:10/12/2023
RT BILL:18983313

KEYREC:091867611
PO:18983313

Attention: HOME DEPOT

### THIRD PARTY FREIGHT CHARGES BILL TO:

Name:
Address:

City/State/Zip: ,
Attention:

**Freight Charge Terms:**
*PPD*

☐ (check box) | Master Bill of Lading: with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS:
*Master Bill of Lading Number:08763320001449928*

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 18983313 | 448 | 22400.00 | Y   N | 0 | |
| GRAND TOTAL | 448 | 22720.00 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 8 | Pallet | 448 | Case | 22400.00 | | | | |
| 8 | | 448 | | 22720.00 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

**COD Amount: $ _____**
**Fee Terms:** Collect: ☐   Prepaid: ☑
Customer check acceptable: ☐

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper
Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations.

OCT 1 0

Hazardous materials emergency telephone number: 1-800-535-5053

Trailer Loaded:
☐ By Shipper
☑ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

OCT 1 0 2023

Property described above is received in good order, except as noted.

Post 10-12-23

# **<u>EXHIBIT 29</u>**

**SHIP FROM:**

Name: *Snow Joe LLC*
Address: *794 School House Rd*

City/State/Zip: *New Castle, DE  19720*

SID#: *EDI0008654994-1*          FOB:☐

Bill of Lading Number: *08763320001449973*

*448.00000*

**SHIP TO:**

Name: *HOME DEPOT STORE 6917*    Location #: **6917**

Address: *4095 US HWY 1*

City/State/Zip: *MONMOUTH JUNCTION, NJ  08852-2152*
CID#: **HOMEDEP05**
Phone #: *(000) 000-0000*

Attention: *HOME DEPOT*          FOB:☐

CARRIER NAME: *JS FREIGHT*
Trailer number:
Seal number(s):

SCAC: *JFLV*
Pro number: *17983313*
*LOAD : 17983313*

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name:
Address:

City/State/Zip: ,
Attention:

Freight Charge Terms:
*PPD*

☐
(check box)

Master Bill of Lading: with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS:
*Master Bill of Lading Number:08763320001449928*

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 17983313 | 448 | 22400.00 | Y    N | 0 | |
| **GRAND TOTAL** | 448 | 22720.00 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 8 | Pallet | 448 | Case | 22400.00 | | | | |
| 8 | | 448 | | 22720.00 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____."

COD Amount: $ _____
Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE**  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper
Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

OCT 10 2023

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to contain |
| | ☐ By Driver/Pieces |

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

*Property described above is received in good order, except as noted.*

OCT 10 2023

Hazardous materials emergency telephone number: 1-800-535-5053

KR 691718424

# **<u>EXHIBIT 30</u>**

# BILL OF LADING

Date:10/1  23

Page 1 of 1

Case 1:24-cv-00430-JLT-BAM    Document 1    Filed 04/10/24    Page 75 of 181

| SHIP FROM: | |
|---|---|
| Name: Snow Joe LLC | Bill of Lading Number: **08763320001450009** |
| Address: 794 School House Rd | |
| City/State/Zip: New Castle, DE 19720 | 448.00000 |

SID#: EDI0008655012-1     FOB:☐

| SHIP TO: | |
|---|---|
| Name: HOME DEPOT STORE 0962    Location #: **0962** | CARRIER NAME: **JS FREIGHT** |
| | Trailer number: |
| Address: 736 ROUTE 202 SOUTH | Seal number(s): |
| City/State/Zip: BRIDGEWATER, NJ 08807-2551 | SCAC: **JFLV** |
| CID#: **HOMEDEP05** | Pro number: **62983313** |
| Phone #: (000) 000-0000 | LOAD : 62983313 |
| Attention: HOME DEPOT     FOB:☐ | |

| THIRD PARTY FREIGHT CHARGES BILL TO: | |
|---|---|
| Name: | Freight Charge Terms: |
| Address: | **PPD** |
| City/State/Zip: , | ☐    (check box) |
| Attention: | Master Bill of Lading: with attached underlying Bills of Lading |

SPECIAL INSTRUCTIONS:
**Master Bill of Lading Number:08763320001449928**

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|---|
| 62983313 | 448 | 22400.00 | Y | N | 0 | |
| GRAND TOTAL | 448 | 22720.00 | | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 8 | Pallet | 448 | Case | 22400.00 | | | | |
| 8 | | 448 | | 22720.00 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____."

COD Amount: $ _____
Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ **Shipper**
Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

OCT 1 0 2023

Trailer Loaded:
☑ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☑ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

OCT 1 0 2023

Property described above is received in good order, except as noted.

Hazardous materials emergency telephone number: 1-800-535-5053

# EXHIBIT 31

| SHIP FROM: | Bill of Lading Number: *08763320001450016* |
|---|---|

Name: Snow Joe LLC
Address: 794 School House Rd

City/State/Zip: New Castle, DE 19720

SID#: *EDI0008655005-1*    FOB:☐

*448.00000*

| SHIP TO: | |
|---|---|

Name: HOME DEPOT STORE 0947    Location #: *0947*

Address: *400 PROMENADE BLVD*

City/State/Zip: *BRIDGEWATER, NJ 08807-3458*
CID#: *HOMEDEP05*
Phone #: (000) 000-0000

Attention: *HOME DEPOT*    FOB:☐

**CARRIER NAME: *JS FREIGHT***
Trailer number:
Seal number(s):

**SCAC: *JFLV***
**Pro number** *47983313*
*LOAD : 47983313*

| THIRD PARTY FREIGHT CHARGES BILL TO: | |
|---|---|

Name:
Address:

City/State/Zip: ,
Attention:

**Freight Charge Terms:**
    *PPD*

☐   (check box)    Master Bill of Lading: with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS:
*Master Bill of Lading Number:08763320001449928*

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| *47983313* | 448 | 22400.00 | Y   N | 0 | |
| **GRAND TOTAL** | 448 | 22720.00 | xxxxxxxxxxxxxxxx | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 8 | Pallet | 448 | Case | 22400.00 | | | | |
| 8 | xxxxxxxxxxx | 448 | xxxxxxxxxx | 22720.00 | xxxxx | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____."

**COD Amount: $** _____
**Fee Terms:** Collect: ☐   Prepaid ☑
**Customer check acceptable:** ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper
Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

_____ OCT 1 0 2023

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☑ By Shipper | ☑ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to contain |
| | ☑ By Driver/Pieces |

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

OCT 1 0 2023

Property described above is received in good order, except as noted.

Hazardous materials emergency telephone number: 1-800-535-5053

Megan Tanaselli 10/11/23

# EXHIBIT 32

Date: 10/10/2023

# BILL OF LADING

Page 1 of 1

**SHIP FROM:**

Name: Snow Joe LLC
Address: 794 School House Rd

City/State/Zip: New Castle, DE 19720

SID#: EDI0008655010-1                          FOB: ☐

**Bill of Lading Number: 08763320001450023**

448.00000

**SHIP TO:**

Name: HOME DEPOT STORE 0957    Location #: **0957**

Address: 1090 US HIGHWAY 9

City/State/Zip: OLD BRIDGE, NJ 08857-2837
CID#: **HOMEDEP05**
Phone #: (000) 000-0000

Attention: HOME DEPOT                          FOB: ☐

**CARRIER NAME: JS FREIGHT**
Trailer number:
Seal number(s):

**SCAC: JFLV**
Pro number: **57983313**
LOAD : **57983313**

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name:
Address:

City/State/Zip: ,
Attention:

**Freight Charge Terms:**
**PPD**

☐
(check box)

Master Bill of Lading: with attached underlying
Bills of Lading

SPECIAL INSTRUCTIONS:
Master Bill of Lading Number:08763320001449928

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|---|
| 57983313 | 448 | 22400.00 | Y | N | 0 | |
| **GRAND TOTAL** | 448 | 22720.00 | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 8 | Pallet | 448 | Case | 22400.00 | | | | |
| 8 | | 448 | | 22720.00 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____."

COD Amount: $
Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper
Signature

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order.

OCT 1 0 2023        OCT 1 0 2023

Hazardous materials emergency telephone number: 1-800-535-5053

#95784478

# EXHIBIT 33

Case 1:24-cv-00430-JLT-BAM   Document 1   Filed 04/10/24   Page 81 of 181

10.10.2023

# BILL OF LADING

**SHIP FROM:**

Name: Snow Joe LLC
Address: 794 School House Rd

City/State/Zip: New Castle, DE 19720

SID#: EDI0008655019-1          FOB:☐

Bill of Lading Number: 08763320001450054

448.00000

**SHIP TO:**

Name: HOME DEPOT STORE 0981      Location #: 0981
Address: 1555 SAINT GEORGES AVE

City/State/Zip: COLONIA, NJ 07067-3414
CID#: HOMEDEP05
Phone #: (000) 000-0000

Attention: HOME DEPOT          FOB:☐

CARRIER NAME: JS FREIGHT
Trailer number:
Seal number(s):

SCAC: JFLV
Pro number: 81983313
LOAD : 81983313

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name:
Address:

City/State/Zip: ,
Attention:

**Freight Charge Terms:**
PPD

☐
(check box)

Master Bill of Lading: with attached underlying
Bills of Lading

SPECIAL INSTRUCTIONS:
Master Bill of Lading Number:08763320001449928

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 81983313 | 448 | 22400.00 | Y   N | 0 | |
| **GRAND TOTAL** | 448 | 22720.00 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT hazardous material | | NMFC CODE | CLASS | ITEM CLASS |
| 8 | Pallet | 448 | Case | 22400.00 | | | | |
| 8 | | 448 | | 22720.00 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____.

COD Amount: $
Fee Terms:  Collect: ☐   Prepaid: ☑
Customer check acceptable: ☐

**NOTE  Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper
Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

_____ OCT 10 2023

Hazardous materials emergency telephone number: 1-800-535-5053

Trailer Loaded:
☑ By Shipper
☐ By Driver

Freight Counted:
☑ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

OCT 10 2023

DATE:10/12/2023
FRT BILL:81983313

KEYREC:098102664
PO:81983313

# **EXHIBIT 34**

Date: 10/17/2023

# BILL OF LADING

Page 1 of 1

**SHIP FROM:**

Name: Snow Joe LLC
Address: 794 School House Rd

City/State/Zip: New Castle, DE 19720

SID#: EDI0008627644-1                    FOB: ☐

Bill of Lading Number: **08763320001455080**

*1528.00000*

**SHIP TO:**

Name: HOME DEPOT STORE 4127        Location #: **4127**
Address: 150 POCONO COMMONS

City/State/Zip: STROUDSBURG, PA 18360-8165
CID#: **HOMEDEP05**
Phone #: (000) 000-0000

Attention:                                FOB: ☐

CARRIER NAME: **JS FREIGHT**
Trailer number:
Seal number(s):

SCAC: **JFLV**
Pro number:
LOAD : **27993334**

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: SNOW JOE
Address: 221 RIVER ST

City/State/Zip: Hoboken, NJ 07030
Attention: SNOW JOE

Freight Charge Terms:
**PPD**

☐
(check box)

Master Bill of Lading: with attached underlying
Bills of Lading

SPECIAL INSTRUCTIONS:
*Master Bill of Lading Number:08763320001455097*

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 27993334 | 1168 | 43136.00 | Y      N | 0 | |
| **GRAND TOTAL** | 1168 | 43896.00 | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 19 | Pallet | 1168 | Case | 43136.00 | | | | |
| 19 | | 1168 | | 43896.00 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

COD Amount: $
Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper
Signature

SHIPPER SIGNATURE / DATE
This is to certify the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

OCT 17 2023

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

OCT 17 2023

Hazardous materials emergency telephone number: 1-800-535-5053

*Need KeyReg upon Delivery*

# **<u>EXHIBIT 35</u>**

| SHIP FROM: | | Bill of Lading Number: *08763320001464457* |
|---|---|---|

Name: *Snow Joe LLC*
Address: *794 School House Rd*

City/State/Zip: *New Castle, DE  19720*

*1258.00000*

SID#: *EDI0008693362-1*                                    FOB:☐

| SHIP TO: | |
|---|---|

Name: *HOME DEPOT STORE 4138*    Location #. *4138*

Address: *5101 JONESTOWN RD*

City/State/Zip: *HARRISBURG, PA  17112-2924*
CID#: *HOMEDEP05*
Phone #: *(000) 000-0000*

Attention:                                                      FOB:☐

CARRIER NAME: *JS FREIGHT*
Trailer number:
Seal number(s):

SCAC: *JFLV*
Pro number: *278965*
LOAD :

| THIRD PARTY FREIGHT CHARGES BILL TO: | |
|---|---|

Name: *SNOW JOE*
Address: *221 RIVER ST*

City/State/Zip: *Hoboken, NJ  07030*
Attention: *SNOW JOE*

**Freight Charge Terms:**
*PPD*

☐
(check box)

Master Bill of Lading: with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS:
*Master Bill of Lading Number:08763320001464440*

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 38997849 | 1138 | 41796.00 | Y    N | 0 | |
| **GRAND TOTAL** | 1138 | 42516.00 | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 18 | Pallet | 1138 | Case | 41796.00 | | | | |
| 18 | xxxxxxxxxxxxxxxxx | 1138 | xxxxxxxxxxxxxxxx | 42516.00 xxxxxxxxxxx | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

COD Amount: $ _____
Fee Terms:   Collect: ☐   Prepaid: ☑
Customer check acceptable: ☐

NOTE  Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_signature_                                **Shipper**
Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

_signature_  10/30

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☑ By Shipper | ☑ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to contain |
| | ☑ By Driver/Pieces |

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

Hazardous materials emergency telephone number: 1-800-535-5053

# EXHIBIT 36

| SHIP FROM: | |
|---|---|
| Name: *Snow Joe LLC* | **Bill of Lading Number: *08763320001464433*** |
| Address: *794 School House Rd* | *1483.00000* |
| City/State/Zip: *New Castle, DE 19720* | |
| SID#: *EDI0008693339-1*    FOB:☐ | |

| SHIP TO: | |
|---|---|
| Name: *HOME DEPOT STORE 1610*   Location #: *1610* | **CARRIER NAME: *JS FREIGHT*** |
| Address: *1000 SUBURBAN DRIVE* | Trailer number: |
| | Seal number(s): |
| City/State/Zip: *NEWARK, DE 19711-1833* | **SCAC: *JFLV*** |
| CID#: *HOMEDEP05* | **Pro number: *278964*** |
| Phone #: (000) 000-0000 | ***LOAD :*** |
| Attention:    FOB:☐ | |

| THIRD PARTY FREIGHT CHARGES BILL TO: | |
|---|---|
| Name: *SNOW JOE* | **Freight Charge Terms:** |
| Address: *221 RIVER ST* | ***PPD*** |
| City/State/Zip: *Hoboken, NJ 07030* | ☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading |
| Attention: *SNOW JOE* | |

SPECIAL INSTRUCTIONS:
**Master Bill of Lading Number:08763320001464440**

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 10997460 | 1243 | 43210.00 | Y   N | 0 | |
| **GRAND TOTAL** | 1243 | 43970.00 | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 19 | Pallet | 1243 | Case | 43210.00 | | | | |
| 19 | xxxxxx | 1243 | xxxxxx | 43970.00 | xxxxx | | | |

| Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____". | COD Amount: $ _____ |
|---|---|
| | Fee Terms:   Collect: ☐   Prepaid:☐ |
| | Customer check acceptable: ☐ |

**NOTE**   Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

| RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations. | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
|---|---|
| | _(signature)_ Shipper |
| | Signature |

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | ☐ By Shipper | ☐ By Shipper | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle. |
| | ☐ By Driver | ☐ By Driver/pallets said to contain | |
| | | ☑ By Driver/Pieces | Property described above is received in good order, except as noted. 10/30/03 |

Hazardous materials emergency telephone number: 1-800-535-5053

*Need to Deliver w/ Key/Reg*

# **EXHIBIT 37**

# BILL OF LADING

| SHIP FROM: | |
|---|---|
| Name: *Snow Joe LLC* | **Bill of Lading Number:** *08763320001464754* |
| Address: *794 School House Rd* | *1221.00000* |
| City/State/Zip: *New Castle, DE  19720* | |
| SID#: *EDI0008693344-1*     FOB:☐ | |

| SHIP TO: | | **CARRIER NAME:** *JS FREIGHT* |
|---|---|---|
| Name: *HOME DEPOT STORE 4114*   Location #: *4114* | | Trailer number: |
| Address: *5342 W BALTIMORE PIKE* | | Seal number(s): |
| City/State/Zip: *PRIMOS-SECANE, PA  19018-1811* | | **SCAC:** *JFLV* |
| CID#: *HOMEDEP05* | | Pro number: |
| Phone #: (000) 000-0000 | | *LOAD :* |
| Attention:       FOB:☐ | | |

| THIRD PARTY FREIGHT CHARGES BILL TO: | |
|---|---|
| Name: Snow Joe | **Freight Charge Terms:** *PPD* |
| Address: 221 River St | |
| City/State/Zip: , Hoboken NJ 07030 | ☐ (check box)    Master Bill of Lading: with attached underlying Bills of Lading |
| Attention: | |

SPECIAL INSTRUCTIONS:
**Master Bill of Lading Number:08763320001464440**

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 14997460 | 1101 | 42190.00 | Y    N | 0 | |
| GRAND TOTAL | 1101 | 42910.00 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 18 | Pallet | 1101 | Case | 42190.00 | | | | |
| 18 | xxxxxxxxx | 1101 | xxxxxxxx | 42910.00 | xxxx | xxxxxxxxxxxx | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____."

| COD Amount: $ _____ |
| Fee Terms:   Collect: ☐   Prepaid: ☐ |
| Customer check acceptable: ☐ |

**NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. § 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_Signature_ _____ Shipper

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | ☑ By Shipper  ☐ By Driver | ☑ By Shipper  ☐ By Driver/pallets said to contain  ☑ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |

_K. William 10/30_

Hazardous materials emergency telephone number: 1-800-535-5053

_Dave Wilson_

# EXHIBIT 38

# BILL OF LADING

| SHIP FROM: | Bill of Lading Number: **08763320001465065** |
|---|---|
| Name: *Snow Joe LLC* <br> Address: *794 School House Rd* <br><br> City/State/Zip: *New Castle, DE  19720* <br><br> SID#: *EDI0008693346-1*     FOB:☐ | *1258.00000* |

| SHIP TO: | CARRIER NAME: *JS FREIGHT* <br> Trailer number: <br> Seal number(s): |
|---|---|
| Name: *HOME DEPOT STORE 4118*    Location #: *4118* <br> Address: *800 COMMERCE BLVD* <br><br> City/State/Zip: *DICKSON CITY, PA  18519-1685* <br> CID#: *HOMEDEP05* <br> Phone #: (000) 000-0000 <br><br> Attention:      FOB:☐ | SCAC: *JFLV* <br> Pro number: *18997849* <br> LOAD : 18997849 |

| THIRD PARTY FREIGHT CHARGES BILL TO: | Freight Charge Terms: <br> *PPD* |
|---|---|
| Name: <br> Address: <br><br> City/State/Zip: , <br> Attention: | ☐ <br> (check box)     Master Bill of Lading: with attached underlying <br> Bills of Lading |

**SPECIAL INSTRUCTIONS:**
*Master Bill of Lading Number:08763320001465072*

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|---|
| 18997849 | 1138 | 41796.00 | Y | N | 0 | |
| GRAND TOTAL | 1138 | 42516.00 | | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 18 | Pallet | 1138 | Case | 41796.00 | | | | |
| 18 | xxxxxxxxxxxx xxxxxxx | 1138 | xxxxxxxxxxxx xxxxxxxx | 42516.00 | xxxx | | | |

| Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____." | COD Amount: $ _____ <br> Fee Terms:   Collect: ☐   Prepaid: ☑ <br> Customer check acceptable: ☐ |
|---|---|

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).**

| RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations. | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. <br><br> _____ Shipper <br> **Signature** |
|---|---|

| SHIPPER SIGNATURE / DATE <br> This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. <br><br> *M. [signature]*   OCT 31 2023 | Trailer Loaded: <br> ☑ By Shipper <br> ☐ By Driver | Freight Counted: <br> ☐ By Shipper <br> ☐ By Driver/pallets said to contain <br> ☑ By Driver/Pieces | CARRIER SIGNATURE / PICKUP DATE <br> Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle. <br><br> Property described above is received in good order, except as noted.   OCT 31 2023 |
|---|---|---|---|

Hazardous materials emergency telephone number: 1-800-535-5053

*[signature]* 10/31/23

# EXHIBIT 39

# BILL OF LADING

| SHIP FROM: |
| --- |

Name: Snow Joe LLC
Address: 794 School House Rd

City/State/Zip: New Castle, DE 19720

SID#: EDI0008707079-1                    FOB: ☐

**Bill of Lading Number:** 08763320001466376

500.00000

| SHIP TO: |
| --- |

Name: HOME DEPOT STORE 6555          Location #: 6555

Address: 2011 KELLER SPRINGS RD

City/State/Zip: CARROLLTON, TX 75006-4303
CID#: HOMEDEP05
Phone #: (000) 000-0000

Attention:                                FOB: ☐

**CARRIER NAME: JS FREIGHT**
Trailer number:
Seal number(s):

**SCAC: JFLV**
Pro number:
**LOAD : 55990349**

Stop!

| THIRD PARTY FREIGHT CHARGES BILL TO: |
| --- |

Name: Snow Joe LLC
Address: 221 River Street
City/State/Zip: Hooken, NJ 07030
Attention:

**Freight Charge Terms:**
PPD

☐
(check box)

Master Bill of Lading: with attached underlying
Bills of Lading

SPECIAL INSTRUCTIONS:
Master Bill of Lading Number: 08763320001466253

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
| --- | --- | --- | --- | --- | --- |
| 55990349 | 500 | 10000.00 | Y  N | 0 | |
| **GRAND TOTAL** | 500 | 10200.00 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 5 | Pallet | 500 | Case | 10000.00 | | | | |
| 5 | | 500 | | 10200.00 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

COD Amount: $ _____
Fee Terms:   Collect: ☐   Prepaid: ☑
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper
Signature

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

10/31

Trailer Loaded:
☑ By Shipper
☐ By Driver

Freight Counted:
☑ By Shipper
☐ By Driver/pallets said to contain
☑ By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

Hazardous materials emergency telephone number: 1-800-535-5053

DATE: 11/03/2023
FRT BILL: 55990349

KEYREC: 655574905
PO: 55990249

# **EXHIBIT 40**

| SHIP FROM: | | |
|---|---|---|

Name: Snow Joe LLC
Address: 794 School House Rd

City/State/Zip: New Castle, DE 19720

**Bill of Lading Number:** *08763320001466246*

*400.00000*

SID#: EDI0008707078-1          FOB:☐

| SHIP TO: | |
|---|---|

Name: HOME DEPOT STORE 0554     Location #: **0554**

Address: 201 RD TO SIX FLAGS WEST

City/State/Zip: ARLINGTON, TX 76011-4735
CID#: **HOMEDEP05**
Phone #: (000) 000-0000

**CARRIER NAME:** *JS FREIGHT*
Trailer number:
Seal number(s):

**SCAC:** *JFLV*
Pro number:
**LOAD : 54990349**

Attention:                    FOB:☐

| THIRD PARTY FREIGHT CHARGES BILL TO: | |
|---|---|

Name:
Address:

City/State/Zip: ,
Attention:

**Freight Charge Terms:**
*PPD*

☐
(check box)

Master Bill of Lading: with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS:
*Master Bill of Lading Number:08763320001466253*

DATE:11/03/2023
FRT BILL:54990349

KEYREC:055408362
PO:54990349

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | | | |
|---|---|---|---|---|---|
| 54990349 | 400 | 8000.00 | Y | | |
| **GRAND TOTAL** | 400 | 8160.00 | | | |

| CARRIER INFORMATION | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION | |
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS | |
| 4 | Pallet | 400 | Case | 8000.00 | | | | | |
| 4 | | 400 | | 8160.00 | | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____ ."

**COD Amount: $**
Fee Terms:  Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper
Signature

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

OCT 31 2023

Hazardous materials emergency telephone number: 1-800-535-5053

Trailer Loaded:
☑ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

OCT 31 2023

11/3/23

# EXHIBIT 41

# BILL OF LADING

**SHIP FROM:**

Name: Snow Joe LLC
Address: 794 School House Rd

City/State/Zip: New Castle, DE 19720

SID#: EDI0008707080-1          FOB: ☐

**Bill of Lading Number:** 08763320001466475

400.00000

**SHIP TO:**

Name: HOME DEPOT STORE 0556          Location #: 0556
Address: 2140 JUPITER ROAD

City/State/Zip: GARLAND, TX 75044-7702
CID#: HOMEDEP05
Phone #: (000) 000-0000

Attention:          FOB: ☐

**CARRIER NAME: JS FREIGHT**
Trailer number:
Seal number(s):

**SCAC: JFLV**
Pro number:
LOAD : 56990349

Stop 2

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: Snow Joe LLC
Address: 291 River St

City/State/Zip:
Attention: Hooken, NJ 07030

**Freight Charge Terms:**
PPD

☐ (check box)     Master Bill of Lading: with attached underlying Bills of Lading

**SPECIAL INSTRUCTIONS:**
Master Bill of Lading Number:08763320001466253

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 56990349 | 400 | 8000.00 | Y    N | 0 | |
| GRAND TOTAL | 400 | 8160.00 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 4 | Pallet | 400 | Case | 8000.00 | | | | |
| 4 | | 400 | | 8160.00 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

**COD Amount: $ _____**
Fee Terms:   Collect: ☐   Prepaid: ☒
Customer check acceptable: ☐

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper
Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Trailer Loaded:
☒ By Shipper
☐ By Driver

Freight Counted:
☒ By Shipper
☐ By Driver/pallets said to contain

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

Hazardous materials

DATE:11/03/2023
FRT BILL:56990349

KEYREC:055617545
PO:56990349

Mark 11/3/23

# EXHIBIT 42

Date: 10/31/2023

# BILL OF LADING

**SHIP FROM**

Name: Snow Joe LLC
Address: 794 School House Rd

City/State/Zip: New Castle, DE 19720

SID#: EDI0008707081-1                    FOB:☐

**Bill of Lading Number: 08763320001466505**

500.00000

**SHIP TO**

Name: HOME DEPOT STORE 6557      Location #: **6557**
Address: 8555 HOME DEPOT DRIVE

City/State/Zip: IRVING, TX 75063-8035
CID#: HOMEDEP05
Phone #: (000) 000-0000

Attention:                              FOB:☐

**CARRIER NAME:** *JS FREIGHT*
Trailer number:
Seal number(s):

**SCAC:** *JFLV*
Pro number:
**LOAD : 57990349**

STOP 3

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: SNOW JOE
Address: 221 RIVER ST

City/State/Zip: Hoboken, NJ 07030
Attention: SNOW JOE

**Freight Charge Terms:**
PPD

☐
(check box)

Master Bill of Lading: with attached underlying
Bills of Lading

SPECIAL INSTRUCTIONS:
Master Bill of Lading Number:08763320001466253

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|---|
| 57990349 | 500 | 10000.00 | Y | N | 0 | |
| **GRAND TOTAL** | 500 | 10200.00 | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 5 | Pallet | 500 | Case | 10000.00 | | | | |
| 5 | | 500 | | 10200.00 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ____ per ____,"

COD Amount: $ _____
Fee Terms:   Collect: ☐   Prepaid: ☑
Customer check acceptable: ☐

NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Signature                                      Shipper

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

10/31

Hazardous materials emergency teleph

Trailer Loaded:
☑ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☑ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.  11/3/23

DATE:11/03/2023
FRT BILL:57990349

KEYREC:655745294
PO:57990349

# **EXHIBIT 43**

Date:10/31/2023

# BILL OF LADING

Page 1 of 1

**SHIP FROM:**

Name: Snow Joe LLC
Address: 794 School House Rd

City/State/Zip: New Castle, DE 19720

SID#: EDI0008707082-1          FOB:☐

Bill of Lading Number: **08763320001466512**

400.00000

**SHIP TO:**

Name: HOME DEPOT STORE 0563      Location #: **0563**

Address: 3200 W IRVING BLVD

City/State/Zip: IRVING, TX 75061-1622
CID#: **HOMEDEP05**
Phone #: (000) 000-0000

Attention:                    FOB:☐

**CARRIER NAME: JS FREIGHT**
Trailer number:
Seal number(s):

**SCAC: JFLV**
Pro number:
**LOAD : 63990349**

Stop 4

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: SNOW JOE
Address: 221 RIVER ST

City/State/Zip: Hoboken, NJ 07030
Attention: SNOW JOE

**Freight Charge Terms:**
**PPD**

☐
(check box)

Master Bill of Lading: with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS:
**Master Bill of Lading Number:08763320001466253**

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 63990349 | 400 | 8000.00 | Y   N | 0 | |
| GRAND TOTAL | 400 | 8160.00 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 4 | Pallet | 400 | Case | 8000.00 | | | | |
| 4 | | 400 | | 8160.00 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ____ per ____.

**COD Amount: $** ____
Fee Terms:  Collect: ☐  Prepaid: ☒
Customer check acceptable: ☐

NOTE  Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_Signature_                    **Shipper**

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

10/31

Trailer Loaded:
☒ By Shipper
☐ By Driver

Freight Counted:
☒ By Shipper
☐ By Driver/pallets said to contain
☒ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

Hazardous materials emergency telephone number: 1-800-535-5053

_W. b. Hoey_

_11-3-23_

DATE:11/03/2023
FRT BILL:83990349

KEYREC:056304560
PO:63990349

# **<u>EXHIBIT 44</u>**

# BILL OF LADING

**SHIP FROM:**

Name: Snow Joe LLC
Address: 794 School House Rd

City/State/Zip: New Castle, DE 19720

SID#: EDI0008707076-1                    FOB: ☐

**Bill of Lading Number:** *08763320001466277*

*500.00000*

**SHIP TO:**

Name: HOME DEPOT STORE 0551    Location #: **0551**

Address: 6200 W PARK BLVD

City/State/Zip: PLANO, TX 75093-6204
CID#: HOMEDEP05
Phone #: (000) 000-0000

Attention:                                FOB: ☐

**CARRIER NAME:** *JS FREIGHT*
Trailer number:
Seal number(s):

**SCAC:** *JFLV*
Pro number:
*LOAD : 51990349*

*STOP 3*

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name:
Address:

City/State/Zip: ,
Attention:

**Freight Charge Terms:**
*PPD*

☐
(check box)

Master Bill of Lading: with attached underlying
Bills of Lading

SPECIAL INSTRUCTIONS:
*Master Bill of Lading Number:08763320001466253*

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 51990349 | 500 | 10000.00 | Y    N | 0 | |
| **GRAND TOTAL** | 500 | 10200.00 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 5 | Pallet | 500 | Case | 10000.00 | | | | |
| 5 | xxxxxxx | 500 | xxxxxxxx | 10200.00 | xxxxx | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

COD Amount: $ _____
Fee Terms:   Collect: ☐   Prepaid: ☑
Customer check acceptable: ☐

**NOTE  Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature _____ Shipper

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

OCT 31 2023

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☑ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

OCT 31 2023

Hazardous materials emergency telephone number: 1-800-535-5053

Wayne  11-3-23
ZIMMERMAN

DATE:11/03/2023
FRT BILL:51990349

KEYREC:055143479
PO:51990349

# **<u>EXHIBIT 45</u>**

# BILL OF LADING

**SHIP FROM:**

Name: *Snow Joe LLC*
Address: *794 School House Rd*

City/State/Zip: *New Castle, DE  19720*

SID#: *EDI0008707077-1*                          FOB: ☐

**Bill of Lading Number:** *08763320001466260*

*400.00000*

**SHIP TO:**

Name: *HOME DEPOT STORE 0553*   Location #: *0553*

Address: *3261 N GEORGE BUSH HWY*

City/State/Zip: *GARLAND, TX  75040-2775*
CID#: *HOMEDEP05*
Phone #: (000) 000-0000

Attention:                                         FOB: ☐

**CARRIER NAME:** *JS FREIGHT*
Trailer number:
Seal number(s):

**SCAC:** *JFLV*
Pro number:
*LOAD : 53990349*

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name:
Address:

City/State/Zip: ,
Attention:

**Freight Charge Terms:**
*PPD*

☐
(check box)

Master Bill of Lading: with attached underlying
Bills of Lading

SPECIAL INSTRUCTIONS:
*Master Bill of Lading Number:08763320001466253*

*Stop 2*

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 53990349 | 400 | 8000.00 | Y  N | 0 | |
| **GRAND TOTAL** | 400 | 8160.00 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxx | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 4 | Pallet | 400 | Case | 8000.00 | | | | |
| 4 | xxxxxxxxxxxxxxxxxx xxxxxxx | 400 | xxxxxxxxxxxxxxxxx Xxxxxxxxxx | 8160.00 | xxxxxxxxxxxxxxxxxxx xxxxx | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____".

COD Amount: $
Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. § 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature _____  Shipper

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

OCT 31 2023

Trailer Loaded:
☑ By Shipper
☐ By Driver

Freight Counted:
☑ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except ___ OCT 31 2023

Hazardous materials emergency telephone number: 1-800-555-5053

0553

*JACK White*

11-3-23

DATE:11/03/2023
FRT BILL:53990349

KEYREC:055318891
PO:53990349

# **EXHIBIT 46**

**SHIP FROM:**

Name: *Snow Joe LLC*
Address: *794 School House Rd*

City/State/Zip: *New Castle, DE 19720*

SID#: *EDI0008707075-1*     FOB:☐

**Bill of Lading Number:** *08763320001466284*

*400.00000*

**SHIP TO:**

Name: *HOME DEPOT STORE 6545*    Location #: **6545**

Address: *411 E LOOP 281*

City/State/Zip: *LONGVIEW, TX 75605-7935*
CID#: **HOMEDEP05**
Phone #: (000) 000-0000

Attention:     FOB:☐

**CARRIER NAME:** *JS FREIGHT*
Trailer number:
Seal number(s):

**SCAC:** *JFLV*
Pro number:
*LOAD : 45983003*

*Stop 1*

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name:
Address:

City/State/Zip: ,
Attention:

**Freight Charge Terms:**
*PPD*

☐ (check box)    Master Bill of Lading: with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS:
*Master Bill of Lading Number:08763320001466253*

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 45983003 | 400 | 8000.00 | Y   N | 0 | |
| **GRAND TOTAL** | 400 | 8160.00 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 4 | Pallet | 400 | Case | 8000.00 | | | | |
| 4 | xxxxxxx | 400 | xxxxxxx | 8160.00 | xxxxxxx | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____."

**COD Amount: $**
Fee Terms: Collect: ☐   Prepaid: ☑
Customer check acceptable: ☐

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature _____ Shipper

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

OCT 31 2023

Hazardous materials emergency telephone number: 1-800-535-5053

DATE:11/03/2023
FRT BILL:45983003

KEYREQ:654537163
PO:45983003

*TWaddington 11/3/23*

# **EXHIBIT 47**

Date: 11/1/2023

# BILL OF LADING

Page 1 of 1

**SHIP FROM:**
Name: Snow Joe LLC
Address: 794 School House Rd
City/State/Zip: New Castle, DE 19720
SID#: EDI0008707073-1

Bill of Lading Number: 08763320001468011

400.00000

**SHIP TO:** FOB: ☐
Name: HOME DEPOT STORE 8540    Location #: 8540
Address: 2530 S JEFFERSON AVE
City/State/Zip: MOUNT PLEASANT, TX 75455-5984
CID#: HOMEDEP05
Phone #: (000) 000-0000
Attention:

CARRIER NAME: JS FREIGHT
Trailer number:
Seal number(s):

SCAC: JFLV
Pro number: 40983003
LOAD : 40983003

**Stop 1**

**THIRD PARTY FREIGHT CHARGES BILL TO:** FOB: ☐
Name:
Address:
City/State/Zip: ,
Attention:

Freight Charge Terms:
PPD

☐ (check box)    Master Bill of Lading: with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS:
Master Bill of Lading Number: 08763320001467984

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 40983003 | 400 | 8000.00 | Y    N | 0 | |
| GRAND TOTAL | 400 | 8160.00 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 4 | Pallet | 400 | Case | 8000.00 | | | | |
| 4 | | 400 | | 8160.00 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

COD Amount: $ _____
Fee Terms:  Collect: ☐  Prepaid: ☐
Customer check acceptable: ☐

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature _____ Shipper

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

NOV X1 2023

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

NOV X 1 2023

Hazardous materials emergency telephone number: 1-800-535-5053

DATE: 11/06/2023
FRT BILL: 40983003

KEYREC: 854028611
PO: 40983003

# EXHIBIT 48

# BILL OF LADING

**SHIP FROM:**

Name: Snow Joe LLC
Address: 794 School House Rd
City/State/Zip: New Castle, DE 19720
SID#: EDI0008707068-1

Bill of Lading Number: 08763320001467977

400.00000

**SHIP TO:**    FOB:☐

Name: HOME DEPOT STORE 6833
Address: 1801 WEST PARKER ROAD   Location #: **6833**
City/State/Zip: PLANO, TX 75023-7502
CID#: **HOMEDEP05**
Phone #: (000) 000-0000
Attention:

CARRIER NAME: JS FREIGHT
Trailer number:
Seal number(s):

SCAC: JFLV
Pro number: 33990349
LOAD : 33990349

Stop2

**THIRD PARTY FREIGHT CHARGES BILL TO:**    FOB:☐

Name:
Address:
City/State/Zip: ,
Attention:

Freight Charge Terms:
PPD

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS:
**Master Bill of Lading Number:08763320001467984**

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|---|
| 33990349 | 400 | 8000.00 | Y | N | 0 | |
| GRAND TOTAL | 400 | 8160.00 | | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | NMFC CODE | CLASS | ITEM CLASS |
| 4 | Pallet | | | | | | | |
| 4 | xxxxxxxxxxxxxx | | | | | | | |

DATE:11/06/2023   KEYREC:683386817
FRT BILL:33990349   PO:33990349

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

Collect: ☐   Prepaid: ☑
3rd Party acceptable: ☐

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper
Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

NOV X 1 2023

**Trailer Loaded:**
☑ By Shipper
☐ By Driver

**Freight Counted:**
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

NOV X 1 2023

ANITA ALLEN   11-6-23

Hazardous materials emergency telephone number: 1-800-535-5053

# **EXHIBIT 49**

# BILL OF LADING

Date 11/1/2023

| SHIP FROM: | |
|---|---|
| Name: Snow Joe LLC | |
| Address: 794 School House Rd | |
| City/State/Zip: New Castle, DE  19720 | |
| SID#: EDI0008707072-1 | FOB:☐ |

Bill of Lading Number: 08763320001468004

400.00000

| SHIP TO: | |
|---|---|
| Name: HOME DEPOT STORE 0539   Location #: 0539 | |
| Address: 1224 N CENTRAL EXPY | |
| City/State/Zip: PLANO, TX 75074-6705 | |
| CID#: HOMEDEP05 | |
| Phone #: (000) 000-0000 | |
| Attention: | FOB:☐ |

CARRIER NAME: JS FREIGHT
Trailer number:
Seal number(s):

SCAC: JFLV
Pro number: 39990349
LOAD : 39990349

**STOP 3**

| THIRD PARTY FREIGHT CHARGES BILL TO: | |
|---|---|
| Name: | |
| Address: | |
| City/State/Zip: , | |
| Attention: | |

Freight Charge Terms:
PPD

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS:
Master Bill of Lading Number:08763320001467984

*Prinville Britka*

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 39990349 | 400 | 8000.00 | Y    N | 0 | |
| GRAND TOTAL | 400 | 8160.00 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 4 | Pallet | 400 | Case | 8000.00 | | | | |
| 4 | | 400 | | 8160.00 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

COD Amount: $
Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature _____ Shipper

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | ☐ By Shipper | ☐ By Shipper | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle. |
| | ☐ By Driver | ☐ By Driver/pallets said to contain | Property described above is received in good order, except as noted. |
| NOV X 7 2023 | | ☐ By Driver/Pieces | NOV X 7 2023 |

Hazardous materials emergency telephone number: 1-800-535-5053

DATE:11/08/2023
FRT BILL:39990349

KEYREC:053956129
PO:39990349

# **EXHIBIT 50**

# BILL OF LADING

| SHIP FROM: | |
|---|---|
| Name: Snow Joe LLC | Bill of Lading Number: 08763320001467991 |
| Address: 794 School House Rd | |
| City/State/Zip: New Castle, DE 19720 | 400.00000 |
| SID#: EDI0008707070-1        FOB:☐ | |

| SHIP TO: | |
|---|---|
| Name: HOME DEPOT STORE 0537    Location #: 0537 | CARRIER NAME: JS FREIGHT |
| Address: 251 S INDUSTRIAL BLVD | Trailer number: |
| | Seal number(s): |
| City/State/Zip: EULESS, TX 76040-4227 | SCAC: JFLV |
| CID#: HOMEDEP05 | Pro number: 37990349 |
| Phone #: (000) 000-0000 | LOAD : 37990349 |
| Attention:                  FOB:☐ | STOP 4 |

| THIRD PARTY FREIGHT CHARGES BILL TO: | |
|---|---|
| Name: | Freight Charge Terms: |
| Address: | PPD |
| City/State/Zip: , | |
| Attention: | DATE:11/06/2023          KEYREC:053763622 |
| | FRT BILL:37990349        PO:37990349 |

SPECIAL INSTRUCTIONS:
**Master Bill of Lading Number:08763320001467984**

## CUSTOM

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 37990349 | 400 | 8000.00 | Y      N | 0 | |
| GRAND TOTAL | 400 | 8160.00 | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 4 | Pallet | 400 | Case | 8000.00 | | | | |
| 4 | | 400 | | 8160.00 | | | | |

| | |
|---|---|
| Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____ | COD Amount: $ |
| | Fee Terms:  Collect: ☐  Prepaid: ☐ |
| | Customer check acceptable: ☐ |

**NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. § 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and are available to shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature _____ Shipper

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | ☑ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to contain ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has in the possession the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle. |
| NOV X 1 2023 | | | NOV X 1 2023 |

Hazardous materials emergency telephone number: 1-800-535-5053

# **EXHIBIT 51**

# BILL OF LADING

Date: 11/1/2023                                                                 Page 1 of 1

| **SHIP FROM:** | **Bill of Lading Number:** *08763320001467083* |
|---|---|
| Name: *Snow Joe LLC* | |
| Address: 794 School House Rd | *1258.00000* |
| City/State/Zip: *New Castle, DE  19720* | |

SID#: *EDI0008693343-1*                                    FOB:☐

| **SHIP TO:** | **CARRIER NAME:** *JS FREIGHT* |
|---|---|
| Name: *HOME DEPOT STORE 4113*    Location #: *4113* | Trailer number: |
| Address: 4200 DERRY STREET | Seal number(s): |
| City/State/Zip: SWATARA, PA  17111-2609 | **SCAC:** *JFLV* |
| CID#: *HOMEDEP05* | **Pro number:** |
| Phone #: (000) 000-0000 | *LOAD :* |

Attention:                                                           FOB:☐

| **THIRD PARTY FREIGHT CHARGES BILL TO:** | **Freight Charge Terms:** |
|---|---|
| Name: *SNOW JOE* | *PPD* |
| Address: 221 RIVER ST | |
| City/State/Zip: Hoboken, NJ  07030 | ☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading |
| Attention: SNOW JOE | |

SPECIAL INSTRUCTIONS:
**Master Bill of Lading Number:08763320001467090**

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 13997849 | 1138 | 41796.00 | Y    N | 0 | |
| **GRAND TOTAL** | 1138 | 42516.00 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 18 | Pallet | 1138 | Case | 41796.00 | | | | |
| 18 | | 1138 | | 42516.00 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

**COD Amount: $ _____**
Fee Terms:   Collect: ☐   Prepaid: ☑
Customer check acceptable: ☐

**NOTE  Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper
Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | ☑ By Shipper  ☐ By Driver | ☑ By Shipper  ☐ By Driver/pallets said to contain  ☑ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle.  **Property described above is received in good order, except as noted.** |

*[signature]* 10/13

Hazardous materials emergency telephone number: 1-800-535-5053

*[signature]*
Sam Fromm

# **EXHIBIT 52**

Case 1:24-cv-00430-JLT-BAM   Document 1-1   Filed 04/10/24   Page 119 of 181

**SHIP FROM:**

Name: *Snow Joe LLC*
Address: 794 School House Rd

City/State/Zip: New Castle, DE 19720

SID#: EDI0008707060-1    FOB:☐

**SHIP TO:**

Name: *HOME DEPOT STORE 0513*   Location #: **0513**
Address: 4211 S MEDFORD DRIVE

City/State/Zip: LUFKIN, TX 75901-5645
CID#: **HOMEDEP05**
Phone #: (000) 000-0000

Attention:    FOB:☐

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: *SNOW JOE*
Address: 221 RIVER ST

City/State/Zip: Hoboken, NJ 07030
Attention: SNOW JOE

Bill of Lading Number: **08763320001468776**

*400.00000*

CARRIER NAME: **JS FREIGHT**
Trailer number:
Seal number(s):

SCAC: **JFLV**
Pro number:
**LOAD : 13983003**

*Stop 4*

**Freight Charge Terms:**
   **PPD**

☐ (check box)    Master Bill of Lading: with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS:
**Master Bill of Lading Number:08763320001467984**

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 13983003 | 400 | 8000.00 | Y   N | 0 | |
| **GRAND TOTAL** | 400 | 8160.00 | xxxxxxxxxxxxxxx | xxxxxxxxx | xxxxxxxxxxxxx |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 4 | Pallet | 400 | Case | 8000.00 | | | | |
| 4 | xxxxxxxx xxxxxxxx | 400 | xxxxxxxxxxxx xxxxxxx | 8160.00 | xxxxxxxxxx xxxxx | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

COD Amount: $ _____
Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper
Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Trailer Loaded:
☑ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle.

Hazardous materials emergency telephone number _____

NOV X 2 2023

DATE:11/06/2023
FRT BILL:13983003

KEYREC:051319533
PO:13983003

*Chrishan*
*11-6-23*

X-2-2023

# EXHIBIT 53

# BILL OF LADING

Date: 11/2/2023

Case 1:24-cv-00430-JLT-BAM    Document 1    Filed 04/10/24    Page 121 of 181

| SHIP FROM: | |
|---|---|
| Name: *Snow Joe LLC* | Bill of Lading Number: ***08763320001468769*** |
| Address: *794 School House Rd* | *400.00000* |
| City/State/Zip: *New Castle, DE  19720* | |
| SID#: *EDI0008707061-1*     FOB:☐ | CARRIER NAME: ***JS FREIGHT*** |

| SHIP TO: | Location #: **6514** | Trailer number: |
|---|---|---|
| Name: *HOME DEPOT STORE 6514* | | Seal number(s): |
| Address: *3901 OLD JACKSONVILLE HWY* | | **SCAC:** *JFLV* |
| City/State/Zip: *TYLER, TX 75701-8519* | | **Pro number:** |
| CID#: *HOMEDEP05* | | **LOAD : 14983003** |
| Phone #: (000) 000-0000 | | |
| Attention:                              FOB:☐ | | *Stop 3* |

| THIRD PARTY FREIGHT CHARGES BILL TO: | |
|---|---|
| Name: *SNOW JOE* | **Freight Charge Terms:** |
| Address: *221 RIVER ST* | ***PPD*** |
| City/State/Zip: *Hoboken, NJ  07030* | ☐ DATE:11/06/2023       KEYREC:651499150 |
| Attention: *SNOW JOE* | FRT BILL:14983003     PO:14983003 |

SPECIAL INSTRUCTIONS:
*Master Bill of Lading Number:08763320001467984*

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 14983003 | 400 | 8000.00 | Y     N | 0 | |
| **GRAND TOTAL** | 400 | 8160.00 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 4 | Pallet | 400 | Case | 8000.00 | | | | |
| 4 | xxxxxxx | 400 | xxxxxxxxxx | 8160.00 | xxxxx | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____."

**COD Amount: $ _____**
Fee Terms:  Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature _____ **Shipper**

*Doug McCoy*

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

NOV X 2 2023

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☑ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to contain |
| | ☐ By Driver/Pieces |

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

NOV X 2 2023

Hazardous materials emergency telephone number: 1-800-535-5053

# **EXHIBIT 54**

# BILL OF LADING

Date:11/2/2023

Page 1 of 1

**SHIP FROM:**

Name: *Snow Joe LLC*
Address: *794 School House Rd*
City/State/Zip: *New Castle, DE  19720*

SID#: *EDI0008707067-1*    FOB:☐

**Bill of Lading Number:  *08763320001468752***

*400.00000*

**SHIP TO:**

Name: *HOME DEPOT STORE 0531*    Location #: *0531*
Address: *765 EAST I-30*
City/State/Zip: *ROCKWALL, TX 75087-5504*
CID#: *HOMEDEP05*
Phone #: (000) 000-0000

*11/6/23*

Attention:    FOB:☐

**CARRIER NAME:  *JS FREIGHT***
Trailer number:
Seal number(s):

**SCAC:  *JFLV***
Pro number:
**LOAD : 31990349**

*STOP2*

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: *SNOW JOE*
Address: *221 RIVER ST*
City/State/Zip: *Hoboken, NJ  07030*
Attention: *SNOW JOE*

**Freight Charge Terms:**
*PPD*

☐ (check box)    Master Bill of Lading: with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS:
*Master Bill of Lading Number:08763320001467984*

| CUSTOMER ORDER INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO | |
| 31990349 | 400 | 8000.00 | Y    N | 0 | | |
| GRAND TOTAL | 400 | 8160.00 | | | | |

| CARRIER INFORMATION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 4 | Pallet | 400 | Case | 8000.00 | | | | |
| 4 | xxxxxxxxxxxxxxxxxx xxxxxx | 400 | xxxxxxxxxxxxxxxxxx xxxxxxxxx | 8160.00 | xxxxxxxxxxxxxxxxxx xxxxx | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____."

**NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. § 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

**COD Amount: $** _____
**Fee Terms:   Collect:** ☐ **Prepaid:** ☐
**Customer check acceptable:** ☐

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper
Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

NOV X 2 2023

Trailer Loaded:
☑ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

NOV X 2 2023

Hazardous materials emergency telephone number: 1-800-535-5053

DATE:11/06/2023
FRT BILL:31990349

KEYREC:053121984
PO:31990349

# **EXHIBIT 55**

Date: 11/2/2023

# BILL OF LADING

| SHIP FROM: | |
|---|---|
| Name: *Snow Joe LLC* | |
| Address: *794 School House Rd* | |
| City/State/Zip: *New Castle, DE  19720* | |
| SID#: *EDI0008707056-1*        FOB:☐ | |

**Bill of Lading Number: *08763320001468783***

*400.00000*

11/6/23

CARRIER NAME: *JS FREIGHT*
Trailer number:
Seal number(s):

SCAC: *JFLV*
Pro number:
*LOAD : 04990349*

STOP 1

| SHIP TO: | |
|---|---|
| Name: *HOME DEPOT STORE 6504*    Location #: *6504* | |
| Address: *2220 N COIT RD* | |
| City/State/Zip: *RICHARDSON, TX  75080-2224* | |
| CID#: *HOMEDEP05* | |
| Phone #: (000) 000-0000 | |
| Attention:        FOB:☐ | |

| THIRD PARTY FREIGHT CHARGES BILL TO: | |
|---|---|
| Name: *SNOW JOE* | |
| Address: *221 RIVER ST* | |
| City/State/Zip: Hoboken, NJ  07030 | |
| Attention: *SNOW JOE* | |

**Freight Charge Terms:**
*PPD*

...erlying

DATE:11/06/2023        KEYREC:650480760
FRT BILL:04990349        PO:04990349

SPECIAL INSTRUCTIONS:
*Master Bill of Lading Number:08763320001467984*

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) Per PO | ADDITIONAL SH...FO |
|---|---|---|---|---|
| 04990349 | 400 | 8000.00 | Y  N  0 | |
| **GRAND TOTAL** | 400 | 8160.00 | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 4 | Pallet | 400 | Case | 8000.00 | | | | |
| 4 | xxxxxxxxxxxxxxxxx xxxxxx | 400 | xxxxxxxxxxxxxxxxx xxxxxxxxx | 8160.00 | xxxxxxxxxxxxxxxxx xxxxx | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ___ per ___."

**NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. § 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

COD Amount: $ _____
Fee Terms:  Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper
Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

NOV X 2 2023

Hazardous materials/emergency telephone number: 1-800-535-5053

**Trailer Loaded:**
☐ By Shipper
☐ By Driver

**Freight Counted:**
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle.
*Property described above is received in good order, except as noted.*

NOV X 2 2023

# **<u>EXHIBIT 56</u>**

**SHIP FROM:**

Name: Snow Joe LLC
Address: 794 School House Rd
City/State/Zip: New Castle, DE 19720

SID#: EDI0008707084-1    FOB: ☐

**SHIP TO:**

Name: HOME DEPOT STORE 6566    Location #: **6566**
Address: 3120 NE LOOP 286
City/State/Zip: PARIS, TX 75460-3436
CID#: HOMEDEP05
Phone #: (000) 000-0000
Attention:    FOB: ☐

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: SNOW JOE
Address: 221 RIVER ST
City/State/Zip: Hoboken, NJ 07030
Attention: SNOW JOE

Bill of Lading Number: **08763320001471219**

400.00000

CARRIER NAME: **JS FREIGHT**
Trailer number:
Seal number(s):

SCAC: **JFLV**
Pro number:
LOAD :

Freight Charge Terms:
**PPD**

☐ (check box)    Master Bill of Lading: with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS:
**Master Bill of Lading Number:08763320001471202**

DATE:11/07/2023    KEYREC:656683742
FRT BILL:66983003    PO:66983003

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|---|
| 66983003 | 400 | 8000.00 | Y | N | 0 | |
| GRAND TOTAL | 400 | 8160.00 | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 4 | Pallet | 400 | Case | 8000.00 | | | | |
| 4 | xxxxxxxxxx | 400 | xxxxxxxx | 8160.00 | xxxx | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

COD Amount: $ _____
Fee Terms:   Collect: ☐   Prepaid: ☒
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper
Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

11/3

Hazardous materials emergency telephone number: 1-800-535-5053

Trailer Loaded:
☒ By Shipper
☐ By Driver

Freight Counted:
☒ By Shipper
☐ By Driver/pallets said to contain
☒ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

Danny Jackson 11/7/23

# **EXHIBIT 57**



Date: 11/3/2023

Date: 11/3/2023

# BILL OF LADING

**Bill of Lading Number:** 08763320001471196

## SHIP FROM:

Name: *Snow Joe LLC*
Address: *794 School House Rd*

City/State/Zip: New Castle, DE  19720

SID#: *EDI0008707083-1*          FOB: ☐

500.00000

**CARRIER NAME:** *JS FREIGHT*
Trailer number:
Seal number(s):

## SHIP TO:

Name: HOME DEPOT STORE 0564     Location #: *0564*

Address: *11468 GRISSOM LANE*

City/State/Zip: *DALLAS, TX  75229-2352*
CID#: *HOMEDEP05*
Phone #: (000) 000-0000

Attention:                                    FOB: ☐

**SCAC:** *JFLV*
Pro number:
*LOAD :*

## THIRD PARTY FREIGHT CHARGES BILL TO:

Name: *SNOW JOE*
Address: *221 RIVER ST*

City/State/Zip: *Hoboken, NJ  07030*
Attention: *SNOW JOE*

**Freight Charge Terms:**
*PPD*

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS:
*Master Bill of Lading Number:08763320001471202*

STOP3

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 64990349 | 500 | 10000.00 | Y   N | 0 | |
| GRAND TOTAL | 500 | 10200.00 | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 5 | Pallet | 500 | Case | 10000.00 | | | | |
| 5 | | 500 | | 10200.00 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

**COD Amount:** $ _____
**Fee Terms:**   Collect: ☐   Prepaid: ☑
**Customer check acceptable:** ☐

**NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. § 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper
Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | ☑ By Shipper<br>☐ By Driver | ☑ By Shipper<br>☐ By Driver/pallets said to contain<br>☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle. |

11/3

Hazardous materials emergency telephone number: 1-800-5

DATE:11/07/2023
FRT BILL:64990349

KEYREC:056479359
PO:64990349

# **EXHIBIT 58**

Date: 11/3/2023

# BILL OF LADING

**SHIP FROM**

Name: Snow Joe LLC
Address: 794 School House Rd
City/State/Zip: New Castle, DE 19720

SID#: EDI0008707087-1

Bill of Lading Number: **08763320001471226**

400.00000

FOB: ☐

**SHIP TO:**

Name: HOME DEPOT STORE 6579    Location #: **6579**
Address: 151 WINDSOR AVE
City/State/Zip: TERRELL, TX 75160-5400
CID#: **HOMEDEP05**
Phone #: (000) 000-0000

Attention:

CARRIER NAME: **JS FREIGHT**
Trailer number:
Seal number(s):

SCAC: **JFLV**
Pro number: **79990349**
LOAD :

**THIRD PARTY FREIGHT CHARGES BILL TO:**    FOB: ☐

Name: SNOW JOE
Address: 221 RIVER ST
City/State/Zip: Hoboken, NJ 07030
Attention: SNOW JOE

Freight Charge Terms:
**PPD**

☐ (check box)    Master Bill of Lading: with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS:
**Master Bill of Lading Number:08763320001471202**

*Stop 4*

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|---|
| 79990349 | 400 | 8000.00 | Y | N | 0 | |
| GRAND TOTAL | 400 | 8160.00 | | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | | NMFC CODE | CLASS | ITEM CLASS |
| 4 | Pallet | 400 | Case | 8000.00 | hazardous material | | | |
| 4 | xxxxxxxxxxxxxx | 400 | xxxxxxxxxxxxxx | 8160.00 | xxxxxxxxxxxx | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ____ per ____"

COD Amount: $
Fee Terms:  Collect: ☐  Prepaid: ☐
Customer check acceptable: ☐

**NOTE  Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature _____  Shipper

**SHIPPER SIGNATURE / DATE**    11/3
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

Hazardous materials emergency telephone number 1-800-xxx-xxx

DATE:11/07/2023    KEYREC:657922806
FRT BILL: 79990349    PO:79990349

Amando Olvera

# **EXHIBIT 59**

# BILL OF LADING

**Bill of Lading Number:** 087633320001471233

400.00000

Name: Snow Joe LLC
Address: 794 School House Rd
City/State/Zip: New Castle, DE 19720

SID#: EDI0008707088-1     FOB:☐

**CARRIER NAME:** JS FREIGHT
Trailer number:
Seal number(s):

### SHIP TO:

Name: HOME DEPOT STORE 6580    Location #: **6580**
Address: 4110 SAINT MICHAEL DR
City/State/Zip: TEXARKANA, TX 75503-2490
CID#: **HOMEDEP05**
Phone #: (000) 000-0000

**SCAC:** JFLV
**Pro number:** 80983003
**LOAD :**

Attention:     FOB:☐

### THIRD PARTY FREIGHT CHARGE

Name: SNOW JOE
Address: 221 RIVER ST
City/State/Zip: Hoboken, NJ 07030
Attention: SNOW JOE

**Freight Charge Terms:**
PPD

DATE: 11/07/2023
FRT BILL: 80983003

KEYREC: 658070738
PO: 80983003

with attached underlying

SPECIAL INSTRUCTIONS:
Master Bill of Lading Number: 087633320001471233

*Stop 1*

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|---|
| | | | Y | N | | |
| 80983003 | 400 | 8000.00 | Y | N | 0 | |
| GRAND TOTAL | 400 | 8160.00 | | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 4 | Pallet | 400 | Case | 8000.00 | | | | |
| 4 | xxxxx | 400 | xxxxx | 8160.00 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____ ."

COD Amount: $
Fee Terms: Collect: ☐ Prepaid: ☐
Customer check acceptable: ☐

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature _____ Shipper

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

Hazardous materials emergency telephone number: 1-800-535-5053

# **<u>EXHIBIT 60</u>**

Date: 11/3/2023

# BILL OF LADING

Page 1 of 1

| SHIP FROM: | |
|---|---|
| Name: *Snow Joe LLC* | |
| Address: *794 School House Rd* | |
| City/State/Zip: *New Castle, DE 19720* | |
| SID#: *EDI0008707125-1* | FOB:☐ |

**Bill of Lading Number: 08763320001471288**

*400.00000*

| SHIP TO: | Location #: **6589** |
|---|---|
| Name: *HOME DEPOT STORE 6589* | |
| Address: *951 WESTGATE WAY* | |
| City/State/Zip: *WYLIE, TX 75098-4947* | |
| CID#: *HOMEDEP05* | |
| Phone #: *(000) 000-0000* | |
| Attention: | FOB:☐ |

CARRIER NAME: *JS FREIGHT*
Trailer number:
Seal number(s):

SCAC: *JFLV*
Pro number:
*LOAD :*

| THIRD PARTY FREIGHT CHARGES BILL TO: | |
|---|---|
| Name: *SNOW JOE* | |
| Address: *221 RIVER ST* | |
| City/State/Zip: *Hoboken, NJ 07030* | |
| Attention: *SNOW JOE* | |

Freight Charge Terms:
　　*PPD*

☐
(check box)

Master Bill of Lading: with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS:
*Master Bill of Lading Number:08763320001471202*

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|---|
| 89990349 | 400 | 8000.00 | Y | N | 0 | |
| **GRAND TOTAL** | 400 | 8160.00 | | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 4 | Pallet | 400 | Case | 8000.00 | | | | |
| 4 | | 400 | | 8160.00 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ____ per ____

COD Amount: $ ____
Fee Terms: Collect: ☐  Prepaid: ☑
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper
Signature

11/8/23

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | ☑ By Shipper ☐ By Driver | ☑ By Shipper ☐ By Driver/pallets said to contain ☑ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |

11/3

Hazardous materials emergency telephone number: 1-800-535-5053

# **<u>EXHIBIT 61</u>**

Date: 11/3/2023

# BILL OF LADING

Page 1 of 1

**SHIP FROM:**

Name: *Snow Joe LLC*
Address: *794 School House Rd*

City/State/Zip: *New Castle, DE 19720*

SID#: *EDI0008707124-1*    FOB: ☐

**Bill of Lading Number:** *08763320001471271*

*500.00000*

**SHIP TO:**

Name: *HOME DEPOT STORE 8951*   Location #: *8951*

Address: *2201 LAKEVIEW PARKWAY*

City/State/Zip: *ROWLETT, TX 75088-3343*
CID#: *HOMEDEP05*
Phone #: *(000) 000-0000*

Attention:    FOB: ☐

**CARRIER NAME:** *JS FREIGHT*
Trailer number:
Seal number(s):

**SCAC:** *JFLV*
Pro number:
**LOAD :**

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: *SNOW JOE*
Address: *221 RIVER ST*

City/State/Zip: *Hoboken, NJ 07030*
Attention: *SNOW JOE*

**Freight Charge Terms:**
*PPD*

☐ (check box)    ☑ Master Bill of Lading: with attached underlying Bills of Lading

SPECIAL INSTRUCTIONS:
*Master Bill of Lading Number:08763320001471202*

DATE:11/09/2023    KEYREO:895181335
FRT BILL:51990349    PO:51990349

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 51990349 | 500 | 10000.00 | Y   N | 0 | |
| **GRAND TOTAL** | 500 | 10200.00 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 5 | Pallet | 500 | Case | 10000.00 | | | | |
| 5 | | 500 | | 10200.00 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

**COD Amount: $ _____**
Fee Terms: Collect: ☐ Prepaid: ☑
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Signature    Shipper

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Trailer Loaded:
☑ By Shipper
☐ By Driver

Freight Counted:
☑ By Shipper
☐ By Driver/pallets said to contain
☑ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted.

11/3

Hazardous materials emergency telephone number: 1-800-535-5053

*Donnie Harding*
1)-9-23

# **EXHIBIT 62**

Date:11/3/2023

# BILL OF LADING

Page 1 of 1

| SHIP FROM: | |
|---|---|
| Name: *Snow Joe LLC* | **Bill of Lading Number: 08763320001471264** |
| Address: *794 School House Rd* | 400.00000 |
| City/State/Zip: *New Castle, DE 19720* | |
| SID#: *EDI0008707123-1* FOB:☐ | |

| SHIP TO: | | CARRIER NAME: *JS FREIGHT* |
|---|---|---|
| Name: *HOME DEPOT STORE 6537* Location #: **6537** | | Trailer number: Seal number(s): |
| Address: *18855 LYNDON B JOHNSON FWY* | | |
| City/State/Zip: *MESQUITE, TX 75150-6410* | | SCAC: *JFLV* |
| CID#: *HOMEDEP05* | | Pro number: |
| Phone #: (000) 000-0000 | | **LOAD :** |
| Attention: FOB:☐ | | |

| THIRD PARTY FREIGHT CHARGES BILL TO: | |
|---|---|
| Name: *SNOW JOE* | Freight Charge Terms: |
| Address: *221 RIVER ST* | **PPD** |
| City/State/Zip: *Hoboken, NJ 07030* | ☐ Master Bill of Lading: with attached underlying Bills of Lading |
| Attention: *SNOW JOE* | (check box) |

SPECIAL INSTRUCTIONS:
*Master Bill of Lading Number:08763320001471202*

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 37990349 | 400 | 8000.00 | Y     N | 0 | |
| **GRAND TOTAL** | 400 | 8160.00 | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 4 | Pallet | 400 | Case | 8000.00 | | | | |
| 4 | | 400 | | 8160.00 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

COD Amount: $
Fee Terms:   Collect: ☐   Prepaid: ☑
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper
Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Trailer Loaded:
☑ By Shipper
☐ By Driver

Freight Counted:
☑ By Shipper
☐ By Driver/pallets said to contain.
☑

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle.

Property is received in good order, except as noted.

11/3

Hazardous materials emergency telephone number: 1-800-535-5C

DATE:11/09/2023
FRT BILL:37990349

KEYREC:653719431
PO:37990349

# **EXHIBIT 63**

Date: 11/3/2023

# BILL OF LADING

Page 1 of 1

| SHIP FROM: | |
|---|---|
| Name: *Snow Joe LLC* | **Bill of Lading Number: 08763320001471240** |
| Address: *794 School House Rd* | *400.00000* |
| City/State/Zip: *New Castle, DE 19720* | |
| SID#: *EDI0008707089-1*　　　　FOB:☐ | |

| SHIP TO: | | | |
|---|---|---|---|
| Name: *HOME DEPOT STORE 0589*　Location #: *0589* | **CARRIER NAME: *JS FREIGHT*** | | |
| Address: *6110 LEMMON AVE* | Trailer number: | | |
| | Seal number(s): | | |
| City/State/Zip: *DALLAS, TX 75209-5716* | **SCAC: *JFLV*** | | |
| CID#: *HOMEDEP05* | Pro number: | | |
| Phone #: (000) 000-0000 | **LOAD :** | | |
| Attention:　　　　　　　FOB:☐ | | | |

| THIRD PARTY FREIGHT CHARGES BILL TO: | |
|---|---|
| Name: *SNOW JOE* | **Freight Charge Terms:** |
| Address: *221 RIVER ST* | **PPD** |
| City/State/Zip: *Hoboken, NJ 07030* | ☐ 　　Master Bill of Lading: with attached underlying |
| Attention: *SNOW JOE* | (check box) 　Bills of Lading |

SPECIAL INSTRUCTIONS:
*Master Bill of Lading Number:08763320001471202*

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 89990349 | 400 | 8000.00 | Y　N | 0 | |
| **GRAND TOTAL** | 400 | 8160.00 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 4 | Pallet | 400 | Case | 8000.00 | | | | |
| 4 | xxxxxxxxxxxxxx | 400 | xxxxxxxxxxxx | 8160.00 | xxxxxxxxxxxxxx | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

| COD Amount: $ |
|---|
| Fee Terms:　Collect: ☐　Prepaid: ☐ |
| Customer check acceptable: ☐ |

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper
Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | ☑ By Shipper<br>☐ By Driver | ☑ By Shipper<br>☐ By Driver/pallets said to contain<br>☑ By Driver/Piec. | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle. |
| _____ 11/3 | | | |

Hazardous materials emergency telephone number: 1-800-535-5053

DATE:11/09/2023
FRT BILL:89990349

KEYREC:058908804
PO:89990349

# **EXHIBIT 64**

Date:11/3/2023

# BILL OF LADING

Page 1 of 1

| SHIP FROM: | |
|---|---|
| Name: *Snow Joe LLC* | **Bill of Lading Number:** *08763320001471257* |
| Address: *794 School House Rd* | *400.00000* |
| City/State/Zip: *New Castle, DE  19720* | |
| SID#: *EDI0008707099-1*     FOB:☐ | |

| SHIP TO: | | **CARRIER NAME:** *JS FREIGHT* |
|---|---|---|
| Name: *HOME DEPOT STORE 0598*   Location #: *0598* | | Trailer number: |
| | | Seal number(s): |
| Address: *11682 FOREST CENTRAL DR* | | **SCAC:** *JFLV* |
| City/State/Zip: *DALLAS, TX  75243-3998* | | Pro number: |
| CID#: *HOMEDEP05* | | *LOAD :* |
| Phone #: (000) 000-0000 | | |
| Attention:     FOB:☐ | | |

| THIRD PARTY FREIGHT CHARGES BILL TO: | |
|---|---|
| Name: *SNOW JOE* | **Freight Charge Terms:** |
| Address: *221 RIVER ST* | *PPD* |
| City/State/Zip: *Hoboken, NJ  07030* | ☐     Master Bill of Lading: with attached underlying |
| Attention: *SNOW JOE* | (check box)     Bills of Lading |

SPECIAL INSTRUCTIONS:
*Master Bill of Lading Number:08763320001471202*

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 98990349 | 400 | 8000,00 | Y     N | 0 | |
| **GRAND TOTAL** | 400 | 8160.00 | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 4 | Pallet | 400 | Caso | 8000.00 | | | | |
| 4 | xxxxxxxxxx | 400 | xxxxxxxxxxx | 8160.00 | xxxxx | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____

| | |
|---|---|
| | COD Amount: $ _____ |
| | Fee Terms:   Collect: ☐   Prepaid: ☑ |
| | Customer check acceptable: ☐ |

NOTE Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper
Signature

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☑ By Shipper | ☑ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to contain |
| | ☑ By Driver/Pieces |

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

Hazardous materials emergency telephone number: 1-800-535-5853

DATE:11/09/2023
FRT BILL:98990349

KEYREC:059856194
PO:98990349

# **<u>EXHIBIT 65</u>**



# **EXHIBIT 66**

# BILL OF LADING

| SHIP FROM: | |
|---|---|

Name: *Snow Joe LLC*
Address: *794 School House Rd*

City/State/Zip: New Castle, DE 19720

SID#: *EDI0008762487-1*   FOB:☐

**Bill of Lading Number:** *08763320001498216*

*1050.00000*

| SHIP TO: | |
|---|---|

Name: HOME DEPOT STORE 0530   Location #: *0530*

Address: *373 E FM 1382*

City/State/Zip: CEDAR HILL, TX 75104-6038
CID#: *HOMEDEP05*
Phone #: (000) 000-0000

Attention:   FOB:☐

**CARRIER NAME:** *JS FREIGHT*
Trailer number:
Seal number(s):

**SCAC:** *JFLV*
Pro number:
*LOAD : 30992234*

| THIRD PARTY FREIGHT CHARGES BILL TO: | |
|---|---|

Name: *SNOW JOE*
Address: *221 RIVER ST*

City/State/Zip: Hoboken, NJ 07030
Attention: *SNOW JOE*

**Freight Charge Terms:**
*PPD*

☐
(check box)

Master Bill of Lading: with attached underlying
Bills of Lading

SPECIAL INSTRUCTIONS:
*Master Bill of Lading Number:08763320001498223*

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 30992234 | 1050 | 21000.00 | Y    N | 0 | |
| GRAND TOTAL | 1050 | 21440.00 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 11 | Pallet | 1050 | Case | 21000.00 | | | | |
| 11 | | 1050 | | 21440.00 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

COD Amount: $ _____
Fee Terms:   Collect: ☐   Prepaid: ☒
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper
Signature

**SHIPPER SIGNATURE / DATE**
The is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Trailer Loaded:
☒ By Shipper
☐ By Driver

Freight Counted:
☒ By Shipper
☐ By Driver/pallets said to contain
☒ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order except as noted.

Hazardous materials emergency telephone number: 1-800-535-5053

*11/29/23*

KEY REQ: 053043689

Driver

# **<u>EXHIBIT 67</u>**

| SHIP FROM | |
|---|---|
| Name: Snow Joe LLC | **Bill of Lading Number:** *08763320001498247* |
| Address: 794 School House Rd | 1050.00000 |
| City/State/Zip: New Castle, DE 19720 | |

SID#: EDI0008762488-1       FOB:☐

| SHIP TO: | |
|---|---|
| Name: HOME DEPOT STORE 6537    Location #: 6537 | **CARRIER NAME:** *JS FREIGHT* |
| Address: 18855 LYNDON B JOHNSON FWY | Trailer number: |
| | Seal number(s): |
| City/State/Zip: MESQUITE, TX 75150-6410 | **SCAC:** *JFLV* |
| CID#: HOMEDEP05 | Pro number: |
| Phone #: (000) 000-0000 | *LOAD : 37992234* |

Attention:       FOB:☐

| THIRD PARTY FREIGHT CHARGES BILL TO: | |
|---|---|
| Name: SNOW JOE | |
| Address: 221 RIVER ST | **Freight Charge Terms:** |
| | *PPD* |
| City/State/Zip: Hoboken, NJ 07030 | |
| Attention: SNOW JOE | ☐ |
| | (check box) |
| | Master Bill of Lading: with attached underlying Bills of Lading |

SPECIAL INSTRUCTIONS:
**Master Bill of Lading Number:08763320001498223**

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|---|
| 37992234 | 1050 | 21000.00 | Y   N | 0 | | |
| **GRAND TOTAL** | 1050 | 21440.00 | | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 11 | Pallet | 1050 | Case | 21000.00 | | | | |
| 11 | | 1050 | | 21440.00 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____ ".

COD Amount: $ _____
Fee Terms:   Collect: ☐   Prepaid: ☒
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature _____ Shipper

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are property classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | ☒ By Shipper ☐ By Driver | ☒ By Shipper ☐ By Driver/Pallets said to contain ☒ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |

11/24

Hazardous materials emergency telephone number: 1-800-535-5053

11-27-27

KEYREQ: 653726951

# **EXHIBIT 68**

# BILL OF LADING

| **SHIP FROM:** | |
|---|---|
| Name: *Snow Joe LLC* | **Bill of Lading Number:** *08763320001498278* |
| Address: *794 School House Rd* | |
| City/State/Zip: *New Castle, DE  19720* | *1050.00000* |
| SID#: *EDI0008762491-1* | |

| **SHIP TO:** | FOB:☐ | |
|---|---|---|
| Name: *HOME DEPOT STORE 0552*    Location #: *0552* | **CARRIER NAME:** *JS FREIGHT* |
| Address: *2901 W WHEATLAND RD* | Trailer number: |
| | Seal number(s): |
| City/State/Zip: *DALLAS, TX  75237-3536* | **SCAC:** *JFLV* |
| CID#: *HOMEDEP05* | **Pro number:** |
| Phone #: *(000) 000-0000* | **LOAD :** *52992234* |
| Attention: | |

| **THIRD PARTY FREIGHT CHARGES BILL TO:** | FOB:☐ |
|---|---|
| Name: *SNOW JOE* | |
| Address: *221 RIVER ST* | **Freight Charge Terms:** |
| City/State/Zip: *Hoboken, NJ  07030* | *PPD* |
| Attention: *SNOW JOE* | |
| | ☐ (check box)    Master Bill of Lading: with attached underlying Bills of Lading |

**SPECIAL INSTRUCTIONS:**
Master Bill of Lading Number: 08763320001498261

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|---|
| 52992234 | 1050 | 21000.00 | Y | N | 0 | |
| **GRAND TOTAL** | 1050 | 21440.00 | | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 1 | Pallet | 1050 | Case | 21000.00 | | | | |
| 1 | | 1050 | | 21440.00 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

**COD Amount:** $
**Fee Terms:** Collect: ☐  Prepaid: ☒
Customer check acceptable: ☐

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

**Trailer Loaded:**
☑ By Shipper
☐ By Driver

**Freight Counted:**
☑ By Shipper
☐ By Driver/pallets said to contain
☑ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

Hazardous materials emergency telephone number: 1-800-535-5053

*Bryan* (signature)

DATE: 11/30/2023
FRT BILL: 52992234

KEYREC: 055207571
PO: 52992234

# **EXHIBIT 69**

# BILL OF LADING

Date:11/27/2023 | Page 1 of 1

**SHIP FROM:**
Name: Snow Joe LLC
Address: 794 School House Rd
City/State/Zip: New Castle, DE 19720
SID#: EDI0008762492-1 FOB:☐

**SHIP TO:**
Name: HOME DEPOT STORE 0555 Location #: **0555**
Address: 12005 ELAM ROAD
City/State/Zip: BALCH SPRINGS, TX 75180-2822
CID#: **HOMEDEP05**
Phone #: (000) 000-0000
Attention: FOB:☐

**THIRD PARTY FREIGHT CHARGES BILL TO:**
Name: SNOW JOE
Address: 221 RIVER ST
City/State/Zip: Hoboken, NJ 07030
Attention: SNOW JOE

**Bill of Lading Number: 08763320001498285**
1050.00000

**CARRIER NAME: JS FREIGHT**
Trailer number:
Seal number(s):

**SCAC: JFLV**
Pro number:
**LOAD : 55992234**

**Freight Charge Terms:**
**PPD**

☐ (check box) | Master Bill of Lading: with attached underlying Bills of Lading

**SPECIAL INSTRUCTIONS:**
**Master Bill of Lading Number:08763320001498292**

Michael Quistian 11/28/23

DATE:11/29/2023 KEYREC:055571065
FRT BILL:55992234 PO:55992234

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PA (C |
|---|---|---|---|
| 55992234 | 1050 | 21000.00 | Y |
| GRAND TOTAL | 1050 | 21440.00 | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 11 | Pallet | 1050 | Case | 21000.00 | | | | |
| 11 | | 1050 | | 21440.00 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

COD Amount: $ _____
Fee Terms: Collect: ☐ Prepaid: ☐
Customer check acceptable: ☐

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

11/27

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

Hazardous materials emergency telephone number: 1-800-535-5053

Driver

# **<u>EXHIBIT 70</u>**

# BILL OF LADING

| SHIP FROM: |
|---|

Name: *Snow Joe LLC*
Address: *794 School House Rd*

City/State/Zip: *New Castle, DE 19720*

SID#: *EDI0008762490-1*    FOB:☐

**Bill of Lading Number:** *08763320001498254*

*1050.00000*

| SHIP TO: |
|---|

Name: *HOME DEPOT STORE 0550*    Location #: *0550*

Address: *11255 GARLAND RD*

City/State/Zip: *DALLAS, TX 75218-2526*
CID#: *HOMEDEP05*
Phone #: *(000) 000-0000*

Attention:    FOB:☐

**CARRIER NAME: *JS FREIGHT***
Trailer number:
Seal number(s):

**SCAC: *JFLV***
**Pro number:**
**LOAD : 50992234**

| THIRD PARTY FREIGHT CHARGES BILL TO: |
|---|

Name: *SNOW JOE*
Address: *221 RIVER ST*

City/S████ ████oboken, NJ 07030
A██ ████OW JOE

**Freight Charge Terms:**
   *PPD*

☐ (check box)    Master Bill of Lading: with attached underlying Bills of Lading

████IAL INSTRUCTIONS:
████aster Bill of Lading Number:08763320001498261

| CUSTOMER ORDER INFORMATION | | | | | |
|---|---|---|---|---|---|
| **CUSTOMER ORDER NUMBER** | **# PKGS** | **WEIGHT** | **PALLET/SLIP** (CIRCLE ONE) | **Pallet Cnt Per PO** | **ADDITIONAL SHIPPER INFO** |
| 50992234 | 1050 | 21000.00 | Y   N | 0 | |
| **GRAND TOTAL** | 1050 | 21440.00 | | | |

| CARRIER INFORMATION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **HANDLING UNIT** | | **PACKAGE** | | **WEIGHT** | **H.M.** (X) | **LTL ONLY** | | **COMMODITY DESCRIPTION** |
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 11 | Pallet | 1050 | Case | 21000.00 | | | | |
| 11 | | 1050 | | 21440.00 | | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ____ per ____

**COD Amount: $** ____
**Fee Terms: Collect: ☐ Prepaid: ☐**
Customer check acceptable: ☐

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ **Shipper**
Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Trailer Loaded:
☑ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☑ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

Hazardous materials emergency telephone number: 1-800-535-5053

*Chris Tanner 0550*

*KR# 055008160*

# **EXHIBIT 71**

# BILL OF LADING

| SHIP FROM: |
|---|
| Name: Snow Joe LLC |
| Address: 794 School House Rd |
| City/State/Zip: New Castle, DE 19720 |
| SID#: EDI0008762493-1     FOB:☐ |

**Bill of Lading Number:** **08763320001498308**

1050.00000

| SHIP TO: |
|---|
| Name: HOME DEPOT STORE 8976    Location #: **8976** |
| Address: 500 NORTH I-35 EAST |
| City/State/Zip: LANCASTER, TX 75146-1874 |
| CID#: HOMEDEP05 |
| Phone #: (000) 000-0000 |
| Attention:       FOB:☐ |

**CARRIER NAME:** **JS FREIGHT**
Trailer number:
Seal number(s):

**SCAC:** **JFLV**
Pro number:
LOAD : 76992234

KEYREC:897695357

DATE:11/29/2023
FRT BILL:76992234    PO:76992234

Freight Charge Terms:
PPD

| THIRD PARTY FREIGHT CHARGES BILL TO: |
|---|
| Name: SNOW JOE |
| Address: 221 RIVER ST |
| City/State/Zip: Hoboken, NJ 07030 |
| Attention: SNOW JOE |

**SPECIAL INSTRUCTIONS:**
Master Bill of Lading Number:08763320001498292

THE HOME DEPOT #8976
500 N. I-35 EAST
LANCASTER, TEXAS 75146
PHONE 972-223-4929

## CUSTOMER ORDER

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 76992234 | 1050 | 21000.00 | Y   N | 0 | |
| GRAND TOTAL | 1050 | 21440.00 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 11 | Pallet | 1050 | Case | 21000.00 | | | | |
| 11 | xxxxxxxxxxxxxxxxx xxxxxxx | 1050 | xxxxxxxxxxxxxxxxxx xxxxxxxxx | 21440.00 | xxxxxxxxxxxxxxxxxxx xxxxx | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____."

COD Amount: $ _____
Fee Terms:   Collect: ☐   Prepaid ☑
Customer check acceptable: ☐

**NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper
Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | ☑ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to contain ☑ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |

11/27

**Hazardous materials emergency telephone number: 1-800-535-5053**

# **EXHIBIT 72**

Date:12/1/2023                    **BILL OF LADING**                          Page 1 of 1

| SHIP FROM: | Bill of Lading Number: **08763320001510321** |
|---|---|
| Name: *Snow Joe LLC*<br>Address: *794 School House Rd*<br><br>City/State/Zip: *New Castle, DE  19720* | *1050.00000* |

SID#: *EDI0008762480-1*                    FOB:☐

| SHIP TO: | |
|---|---|
| Name: *HOME DEPOT STORE 6804*  Location #: **6804**<br>Address: *6000 SKILLMAN ST*<br>City/State/Zip: *DALLAS, TX  75231-7721*<br>CID#: **HOMEDEP05**<br>Phone #: *(000) 000-0000* | **CARRIER NAME: *JS FREIGHT***<br>Trailer number:<br>Seal number(s):<br><br>**SCAC: *JFLV***<br>Pro number:<br>*LOAD : 04992234* |

Attention:                              FOB:☐

| THIRD PARTY FREIGHT CHARGES BILL TO: | |
|---|---|
| Name: *SNOW JOE*<br>Address: *221 RIVER ST*<br>City/State/Zip: *Hoboken, NJ  07030*<br>Attention: *SNOW JOE* | **Freight Charge Terms:**<br>*PPD*<br><br>☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading |

SPECIAL INSTRUCTIONS:
*Master Bill of Lading Number:08763320001510338*

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 04992234 | 1050 | 21000.00 | Y    N | 0 | |
| **GRAND TOTAL** | 1050 | 21440.00 | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 11 | Pallet | 1050 | Case | 21000.00 | | | | |
| 11 | xxxxxxxxxxxxxx xxxxxx | 1050 | xxxxxxxxxxxxxx xxxxxx | 21440.00 | xxxxxxxxxxxxxx | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____."

**COD Amount: $ _____**
**Fee Terms:   Collect: ☐   Prepaid: ☐**
**Customer check acceptable: ☐**

NOTE  Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

R C V O  12/7/2023  by *(signature)*  (11)

_____ Shipper
Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.<br><br>12/1 | ☑ By Shipper<br>☐ By Driver | ☐ By Shipper<br>☐ By Driver/pallets said to contain<br>☑ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle.<br><br>*Property described above is received in good order, except as noted.* |

Hazardous materials emergency telephone number: 1-800-535-5053

KEY REC # 6804 69173

Scanned with CamScanner

# **<u>EXHIBIT 73</u>**

| SHIP FROM: | Bill of Lading Number: **08763320001510345** |
|---|---|

Name: Snow Joe LLC
Address: 794 School House Rd

City/State/Zip: New Castle, DE 19720

1050.00000

SID#: EDI0008762481-1    FOB:☐

| SHIP TO: | CARRIER NAME: *JS FREIGHT* |
|---|---|

Name: HOME DEPOT STORE 0507    Location #: **0507**

Trailer number:
Seal number(s):

Address: 3850 S CARRIER PKWY

City/State/Zip: GRAND PRAIRIE, TX 75052-6632
CID#: **HOMEDEP05**
Phone #: (000) 000-0000

SCAC: *JFLV*
Pro number:
*LOAD : 07992234*

Attention:    FOB:☐

| THIRD PARTY FREIGHT CHARGES BILL TO: | |
|---|---|

Name: SNOW JOE
Address: 221 RIVER ST

Freight Charge Terms:

City/State/Zip: Hoboken, NJ 07030
Attention: SNOW JOE

DATE:12/07/2023
FRT BILL:07992234

KEYREC:050769051
PO:07992234

SPECIAL INSTRUCTIONS:
*Master Bill of Lading Number:08763320001510338*

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | ADDITIONAL SH... |
|---|---|---|---|---|---|
| 07992234 | 1050 | 21000.00 | Y   N | 0 | |
| **GRAND TOTAL** | 1050 | 21440.00 | | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 11 | Pallet | 1050 | Case | 21000.00 | | | | |
| 11 | xxxxxxxxxxxxxxxxx xxxxxx | 1050 | xxxxxxxxxxxxxxxxx xxxxx | 21440.00 | xxxxxxxxxxxxxxxx xxxx | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____."

COD Amount: $ _____
Fee Terms:   Collect: ☐   Prepaid: ☑
Customer check acceptable: ☐

NOTE   Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper
Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | ☑ By Shipper ☐ By Driver | ☑ By Shipper ☐ By Driver/pallets said to contain ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle. |

Property described above is received in good order, except as noted.

Hazardous materials emergency telephone number: 1-800-535-5053

12-7-23

Scanned with CamScanner

# EXHIBIT 74

| SHIP FROM: | |
|---|---|
| Name: *Snow Joe LLC* | **Bill of Lading Number:** *08763320001525943* |
| Address: *794 School House Rd* | *1050.00000* |
| City/State/Zip: *New Castle, DE  19720* | |

SID#: *EDI0008827202-1*     FOB:☐

**CARRIER NAME:** *JS FREIGHT*
Trailer number:
Seal number(s):

| SHIP TO: | |
|---|---|
| Name: *HOME DEPOT STORE 6568*   Location #: **6568** | |
| Address: *1725 N US HWY 287* | |
| City/State/Zip: *MANSFIELD, TX 76063-4807* | |
| CID#: *HOMEDEP05* | |
| Phone #: *(000) 000-0000* | |

**SCAC:** *JFLV*
Pro number:
*LOAD : 68993094*

Attention:     FOB:☐

| THIRD PARTY FREIGHT CHARGES BILL TO: | |
|---|---|
| Name: *SNOW JOE* | Freight Charge Terms: |
| Address: *221 RIVER ST* | |
| City/State/Zip: *Hoboken, NJ  07030* | |
| Attention: *SNOW JOE* | |

SPECIAL INSTRUCTIONS:
**Master Bill of Lading Number:08763320001525950**

DATE:12/12/2023
FRT BILL:68993094

KEYREC:656801403
PO:68993094

| CUSTOMER ORDER INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO | |
| 68993094 | 1050 | 21000.00 | Y    N | 0 | | |
| **GRAND TOTAL** | 1050 | 21440.00 | | | | |

| CARRIER INFORMATION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | | COMMODITY DESCRIPTION |
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE | CLASS | ITEM CLASS |
| 11 | Pallet | 1050 | Case | 21000.00 | | | | |
| 11 | xxxxxxxxxxxx | 1050 | xxxxxxxxxxx | 21440.00 | xxxxx | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

COD Amount: $ _____
Fee Terms:  Collect: ☐   Prepaid: ☑
Customer check acceptable: ☐

**NOTE  Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. § 14706(c)(1)(A) and (B).**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper
Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. | ☑ By Shipper  ☐ By Driver | ☐ By Shipper  ☐ By Driver/pallets said to contain  ☑ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle.  *Property described above is received in good order, except as noted.* |

Hazardous materials emergency telephone number: 1-800-535-5053

X _____  4242

Driver Copy

# **EXHIBIT 75**

| SHIP FROM: | Bill of Lading Number: **08763320001525929** |
|---|---|

Name: *Snow Joe LLC*
Address: *794 School House Rd*

City/State/Zip: *New Castle, DE  19720*

SID#: *EDI0008827208-1*          FOB:☐

**CARRIER NAME: *JS FREIGHT***
Trailer number:
Seal number(s):

| SHIP TO: | |
|---|---|

Name: *HOME DEPOT STORE 6572*    Location #: **6572**

Address: *852 LONG PRAIRIE ROAD*

City/State/Zip: *FLOWER MOUND, TX  75022-4115*
CID#: **HOMEDEP05**
Phone #: *(000) 000-0000*

Attention:          FOB:☐

**SCAC: *JFLV***
Pro number:
**LOAD : 72993094**

(EYREC:657211655
PO:72993094

| THIRD PARTY FREIGHT CHARGES BILL TO: | |
|---|---|

Name: *SNOW JOE*
Address: *221 RIVER ST*

City/State/Zip: *Hoboken, NJ  07030*
Attention: *SNOW JOE*

**Freight Charge Terms:**
*PPD*

☐                    Master Bill of Lading    erlying
(check box)          Bills of Lading

SPECIAL INSTRUCTIONS:
*Master Bill of Lading Number:08763320001525936*

DATE:12/12/2023
FRT BILL:72993094

| CUSTOMER ORDER INFORMATION | | | | | |
|---|---|---|---|---|---|
| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | Pallet Cnt Per PO | ADDITIONAL SHIPPER INFO |
| 72993094 | 1050 | 21000.00 | Y    N | 0 | |
| **GRAND TOTAL** | 1050 | 21440.00 | | | |

| CARRIER INFORMATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | LTL ONLY | COMMODITY DESCRIPTION |
| QTY | TYPE | QTY | TYPE | PL WEIGHT | hazardous material | NMFC CODE    CLASS | ITEM CLASS |
| 11 | Pallet | 1050 | Case | 21000.00 | | | |
| 11 | xxxxxxxxxxx | 1050 | xxxxxxxxxxx | 21440.00 | xxxxxx | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ___ per ___."

**COD Amount: $**
Fee Terms:  Collect: ☐  Prepaid: ☑
Customer check acceptable: ☐

NOTE  Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper
Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Trailer Loaded:
☑ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☑ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle.

Hazardous materials emergency telephone number: 1-800-535-6053

Driver Copy

# EXHIBIT 76

VICS Standard BOL: WWW. VICS.ORG For Complete VICS BOL Guideline Information

Date: 12/11/23

# BILL OF LADING

Page 1

| SHIP FROM | |
|---|---|
| Name: | Snowjoe, LLC |
| Address: | 100 Performance Dr |
| City/State/Zip: | Mahwah, NJ 07495 |
| SID#: | |

FOB: ☐

Bill of Lading Number: Transfer # 2

BAR CODE SPACE

| SHIP TO | |
|---|---|
| Name: | Snow Joe, LLC    Location #: _____ |
| Address: | 794 School House Road |
| City/State/Zip: | New Castle, DE 19720 |
| CID#: | |

FOB: ☐

CARRIER NAME: JS Freight LLC
Trailer number:
Seal number(s): TRAILER # JBHC 43993
SCAC:            Tractor # 1
Pro number:

BAR CODE SPACE

| THIRD PARTY FREIGHT CHARGES BILL TO: |
|---|
| Name: |
| Address: |
| City/State/Zip: |

SPECIAL INSTRUCTIONS:

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
Prepaid __X__    Collect _____    3rd Party _____

☐ Master Bill of Lading: with attached
(check box) underlying Bills of Lading

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| Transfer # 2 | 1440 | 38560 | X | N | Snow Blowers, shovels, salts |
| | | | Y | N | furniture |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| GRAND TOTAL | | 38650 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 30 | PLT | 1440 | ctn | 39850 | | Snow Blowers, shovels, salts | | |
| | | | | | | furniture | | |
| | | | | | | SJ-SHLVOIM | RECEIVING STAMP SPACE | |
| 30 | | 1440 | | 39850 | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ . per _____ .

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. • 14706(c)(1)(A) and (B).
RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

COD Amount: $ _____
Fee Terms:  Collect: ☐  Prepaid: ☒
Customer check acceptable: ☐

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
_____ Shipper
Signature

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.
12/11/23

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.
DEC 12 2023
Property described above is received in good order, except as noted.

6

# **<u>EXHIBIT 77</u>**

VICS Standard BOL: WWW. VICS.ORG  For Complete VICS BOL Guideline Information

| Date: 12/11/23 | **BILL OF LADING** | Page 1 |
|---|---|---|

**SHIP FROM**

Name:  Snowjoe, LLC
Address:  100 Performance Dr
City/State/Zip:  Mahwah, NJ 07495
SID#:                              FOB: ☐

Bill of Lading Number: **Transfer #**

BAR CODE SPACE

**SHIP TO**

Name:  Snow Joe, LLC          Location #: _____
Address:  794 School House Road
City/State/Zip:  New Castle, DE 19720
CID#:                            FOB: ☐

CARRIER NAME:  JS Freight LLC
Trailer number:
Seal number(s):  TRAILER # **1010**
SCAC:          **Tractor # 256**
Pro number:

BAR CODE SPACE

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name:
Address:

City/State/Zip:

SPECIAL INSTRUCTIONS:

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*
Prepaid _X_      Collect _____      3ʳᵈ Party _____

☐  Master Bill of Lading: with attached
(check box)  underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| **Transfer #    1** | 1448 | 38560 | X | N | Snow Blowers, shovels, salts |
| 30 PALLETS | | | Y | N | furniture |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTAL** | | 38650 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360* | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC | CLASS |
| 30 | PLT | 1448 | ctn | 39850 | | Snow Blowers, shovels, salts | | |
| | | | | | | furniture | | |
| | | | | | | | RECEIVING | |
| | | | | | | | STAMP SPACE | |
| 30 | | 1448 | | 39850 | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____."

COD Amount: $ _____
Fee Terms:   Collect: ☐   Prepaid: ☒
Customer check acceptable: ☐

NOTE  Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. • 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature _____ Shipper

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

12/11/23

**Trailer Loaded:**
☒ By Shipper
☐ By Driver

**Freight Counted:**
☒ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

*Property described above is received in good order, except as noted.*

DEC 1 2 2023

6

# **EXHIBIT 78**

DOOR
#20

VICS Standard BOL, WWW.VICS.ORG For Complete VICS BOL Guideline Information

Date: 12/11/23

# BILL OF LADING

**SHIP FROM**

Name: Snowjoe, LLC
Address: 100 Performance Dr
City/State/Zip: Mahwah, NJ 07495
SID#:

FOB: ☐

Page 1

Bill of Lading Number: Transfer # 3

BAR CODE SPACE

**SHIP TO**

Name: Snow Joe, LLC          Location #: _____
Address: 794 School House Road
City/State/Zip: New Castle, DE 19720
CID#:

FOB: ☐

CARRIER NAME: JS Freight LLC
Trailer number:
Seal number(s): TRAILER # 5623
SCAC:
Pro number:          Tractor # 29

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name:
Address:

City/State/Zip:

BAR CODE SPACE

**SPECIAL INSTRUCTIONS:**

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
Prepaid __X__    Collect _____    3rd Party _____

☐ Master Bill of Lading: with attached
(check box)    underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| Transfer # 3 | 1440 | 38560 | X | N | Snow Blowers, shovels, salts |
| | | | Y | N | furniture |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTAL** | | 38650 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC # | CLASS |
| 30 | PLT | 1440 | ctn | 39850 | | Snow Blowers, shovels, salts | | |
| | | | | | | furniture | | |
| | | | | | | SJ-SHLVOIM | RECEIVING | |
| | | | | | | | STAMP SPACE | |
| 30 | | 1440 | | 39850 | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

COD Amount: $ _____
Fee Terms:    Collect: ☐    Prepaid: ☒
Customer check acceptable: ☐

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. • 14706(c)(1)(A) and (B).
RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
_____ Shipper
Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☒ By Shipper ☐ By Driver | ☐ By Shipper ☒ By Driver/pallets said to contain ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |

12/11/23

DEC 13 2023

# **<u>EXHIBIT 79</u>**

VICS Standard BOL: WWW. VICS.ORG  For Complete VICS BOL Guideline Information

| Date: 12/12/23 | **BILL OF LADING** | Page ___ 1 |
|---|---|---|

**SHIP FROM**

Name: Snowjoe, LLC
Address: 100 Performance Dr
City/State/Zip: Mahwah, NJ 07495
SID#:                           FOB: ☐

Bill of Lading Number: **Transfer #**   8

BAR CODE SPACE

**SHIP TO**

Name: Snow Joe, LLC          Location #: _____
Address: 794 School House Road
City/State/Zip: New Castle, DE 19720
CID#:                          FOB: ☐

CARRIER NAME: JS Freight LLC
Trailer number:
Seal number(s): TRAILER #  1010
SCAC:                 Tractor #  256
Pro number:

BAR CODE SPACE

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name:
Address:

City/State/Zip:

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*
Prepaid __X__      Collect ____      3rd Party ____

SPECIAL INSTRUCTIONS:

☐  Master Bill of Lading: with attached underlying Bills of Lading
(check box)

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| **Transfer #**  8 | | 38560 | X | N | Snow Blowers, shovels, salts |
| | | | Y | N | furniture |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTAL** | | 38650 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 29 | PLT | 1392 | .ctn | 39850 | | Snow Blowers, shovels, salts furniture | | |
| | | | | | | SJ-SHLVOIM | RECEIVING | |
| 1 | PLT | — | | ⟶ | | WORK STATIONS | STAMP SPACE | |
| 30 | | 1392 | | 39850 | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____.

COD Amount: $ _____
Fee Terms:  Collect: ☐  Prepaid: ☒
Customer check acceptable: ☐

NOTE  Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. • 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature _____   Shipper

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

*Jon* 12/12/23

Trailer Loaded:
☒ By Shipper
☐ By Driver

Freight Counted:
☒ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

DEC 13 2023

*Property described above is received in good order, except as noted.*

6

# **EXHIBIT 80**

VICS Standard BOL. WWW. VICS.ORG  For Complete VICS BOL Guideline Information

Date: 12/12/23

# BILL OF LADING

Page __1__

## SHIP FROM

Name: Snowjoe, LLC
Address: 100 Performance Dr
City/State/Zip: Mahwah, NJ 07495
SID#:

FOB: ☐

Bill of Lading Number: Transfer # ___7___

BAR CODE SPACE

## SHIP TO

Name: Snow Joe, LLC    Location #: ___
Address: 794 School House Road
City/State/Zip: New Castle, DE 19720
CID#:

FOB: ☐

CARRIER NAME: JS Freight LLC
Trailer number:
Seal number(s): TRAILER # 895018
SCAC:        Tractor #
Pro number:

BAR CODE SPACE

## THIRD PARTY FREIGHT CHARGES BILL TO:

Name:
Address:
City/State/Zip:

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
Prepaid __X__    Collect ____    3rd Party ____

☐ Master Bill of Lading: with attached underlying Bills of Lading
(check box)

SPECIAL INSTRUCTIONS:

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| Transfer # 7 | 1440 | 38560 | X | N | Snow Blowers, shovels, salts |
| | | | Y | N | furniture |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| GRAND TOTAL | | 38650 | | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care See Section 2(e) of NMFC Item 360 | NMFC # | CLASS |
| 30 | PLT | 1440 ctn | | 39850 | | Snow Blowers, shovels, salts furniture | | |

SJ-SHLV01cm

RECEIVING STAMP SPACE

GRAND TOTAL

30 | 1440 | 39850

COD Amount: $ ___
Fee Terms:  Collect: ☐   Prepaid: ☒
Customer check acceptable: ☐

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

___ per ___

NOTE  Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. • 14706(c)(1)(A) and (B).
RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature _____ Shipper

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

12/12/23

Trailer Loaded:
☒ By Shipper
☐ By Driver

Freight Counted:
☑ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

DEC 1 3 2023

# **<u>EXHIBIT 81</u>**

VICS Standard BOL: WWW. VICS.ORG For Complete VICS BOL Guideline Information

| Date: 12/12/23 | **BILL OF LADING** | Page 1 |
|---|---|---|

**SHIP FROM**
Name: Snowjoe, LLC
Address: 100 Performance Dr
City/State/Zip: Mahwah, NJ 07495
SID#:                                    FOB: ☐

Bill of Lading Number: Transfer # 5

BAR CODE SPACE

**SHIP TO**
Name: Snow Joe, LLC          Location #: _____
Address: 794 School House Road
City/State/Zip: New Castle, DE 19720
CID#:                                    FOB: ☐

CARRIER NAME: JS Freight LLC
Trailer number:
Seal number(s):        TRAILER # 5320
SCAC:              Tractor # 135
Pro number:

BAR CODE SPACE

**THIRD PARTY FREIGHT CHARGES BILL TO:**
Name:
Address:
City/State/Zip:

SPECIAL INSTRUCTIONS:

Freight Charge Terms: *(freight charges are prepaid unless marked otherwise)*
Prepaid  X        Collect ____    3rd Party ____
☐   Master Bill of Lading: with attached underlying Bills of Lading
(check box)

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| Transfer # 5 | 1440 | 38560 | Y (X) | N | Snow Blowers, shovels, salts |
| | | | Y | N | furniture |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTAL** | | 38650 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 30 | PLT | 1440 | ctn | 39850 | | Snow Blowers, shovels, salts | | |
| | | | | | | furniture | | |
| | | | | | | | RECEIVING | |
| | | | | | | | STAMP SPACE | |
| | | | 39850 | | **GRAND TOTAL** | | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____."

COD Amount: $ _____
Fee Terms: Collect: ☐  Prepaid: ☒
Customer check acceptable: ☐

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. • 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
Signature _____ Shipper

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT. | ☒ By Shipper ☐ By Driver | ☒ By Shipper ☒ By Driver/pallets said to contain ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |
| [signature] 12/12/23 | | | [signature] |

6

# **<u>EXHIBIT 82</u>**

#20

VICS Standard BOL: WWW. VICS.ORG For Complete VICS BOL Guideline Information

# BILL OF LADING

Date: 12/12/23 — Page 1

**SHIP FROM**
Name: Snowjoe, LLC
Address: 100 Performance Dr
City/State/Zip: Mahwah, NJ 07495
SID#: FOB: ☐

**SHIP TO**
Name: Snow Joe, LLC — Location #: ____
Address: 794 School House Road
City/State/Zip: New Castle, DE 19720
CID#: FOB: ☐

**THIRD PARTY FREIGHT CHARGES BILL TO:**
Name:
Address:
City/State/Zip:
SPECIAL INSTRUCTIONS:

Bill of Lading Number: Transfer # 6

BAR CODE SPACE
Seq # 1906519
CARRIER NAME: JS Freight LLC
Trailer number:
Seal number(s): TRAILER # 910642
SCAC: Tractor #
Pro number:

BAR CODE SPACE

**Freight Charge Terms:** (freight charges are prepaid unless marked otherwise)
Prepaid _X_   Collect ____   3rd Party ____
☐ (check box) Master Bill of Lading: with attached underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| Transfer # 6 | 1440 | 38560 | X | N | Snow Blowers, shovels, salts |
| | | | Y | N | furniture |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| GRAND TOTAL | | 38650 | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 70 | PLT | 1440 | ctn | 39850 | | Snow Blowers, shovels, salts | | |
| | | | | | | furniture | | |
| | | | | | | SJ-SHLVOIM | RECEIVING | |
| | | | | | | | STAMP SPACE | |
| 70 | | 1440 | | 39850 | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
'The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ____ per ____'

COD Amount: $ ____
Fee Terms: Collect: ☐  Prepaid: ☒
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. • 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
____ Shipper
Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.
12/12/27

Trailer Loaded:
☑ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☑ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.
Property described above is received in good order, except as noted.

DEC 12 2023

6

# **EXHIBIT 83**

www.VICS.ORG  For Complete VICS BOL Guideline Information

**BILL OF LADING** — Page ___1___

12/23

| SHIP FROM | |
|---|---|
| | Snowjoe, LLC |
| Address: | 100 Performance Dr |
| City/State/Zip: | Mahwah, NJ 07495 |
| SID#: | FOB ☐ |

| SHIP TO | |
|---|---|
| Name: | Snow Joe, LLC   Location #: _____ |
| Address: | 794 School House Road |
| City/State/Zip: | New Castle, DE 19720 |
| CID#: | FOB ☐ |

| THIRD PARTY FREIGHT CHARGES BILL TO: |
|---|
| Name: |
| Address: |
| City/State/Zip: |

SPECIAL INSTRUCTIONS:

Bill of Lading Number: Transfer # 4

BAR CODE SPACE

CARRIER NAME: JS Freight LLC
Trailer number:
Seal number(s): TRAILER # 750785
SCAC:                Tractor #
Pro number:

BAR CODE SPACE

Freight Charge Terms: *(freight charges are prepaid unless marked otherwise)*
Prepaid _X_     Collect _____   3rd Party ____
☐  Master Bill of Lading with underlying Bills of Lading

| CUSTOMER ORDER INFORMATION | | | | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP | | |
| | | | Y / N | | |
| Transfer # 4 | | 38560 | X / N | | Snow Blowers, shovels, salts |
| | | | Y / N | | furniture |
| | | | Y / N | | |
| | | | Y / N | | |
| | | | Y / N | | |
| **GRAND TOTAL** | | 38650 | | | |

| CARRIER INFORMATION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION | LTL ONLY | |
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M. (X) | | NMFC # | CLASS |
| | PLT | | ctn | 39850 | | Snow Blowers, shovels, salts | | |
| | | | | | | furniture | | |
| | | | | | | | RECEIVING | |
| | | | | | | | STAMP SPACE | |
| | | | | 39850 | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

COD Amount: $ _____
Fee Terms:  Collect: ☐   Prepaid: ☒
           Customer check acceptable: ☐

NOTE  Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. • 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper
Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded | Freight Counted | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. DOT | ☐ By Shipper ☐ By Driver | ☐ By Shipper ☐ By Driver/pallets said to contain ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |
| 12/12/23 | | | DEC 12 2023 |

6