1  Brian N. Folland Esq, SBN: 157350
2  THE FOLLAND LAW GROUP
   8050 North Palm Avenue, Suite 300
3  Fresno, California 93711
   Phone: 559-330-2203
4  Fax: 559-715-4071
   Email: brian.follandlawgroup@gmail.com
5
6  Attorney for: JS FREIGHT LLC
7
8              IN THE UNITED STATES DISTRICT COURT
9      FOR THE EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

10 | JS FREIGHT LLC | Case No.: 1:24-cv-00430-JLT-BAM |

11                 Plaintiff,

12 vs.

13 SNOW JOE LLC, and DOES 1-50, Inclusive
14              Defendant(s)

| | **MOTION FOR ENTRY OF DEFAULT JUDGEMENT AGAINST DEFENDANT SNOW JOE LLC, AFFIDAVIT OF BRIAN N. FOLLAND FOR ENTRY OF DEFAULT JUDGEMENT, JUDGEMENT BY DEFAULT BY CLERK** |

        To the Clerk of the United States District Court for the Eastern District of California –

Fresno Division:

1.      Defendant SNOW JOE (hereinafter "Defendant") has been duly served with the

Summons and Complaint. The time when Defendant was required to answer was on July 23,

2024. Defendant has not appeared and not answered such Summons. The Summons with the

officer's return thereon has been on file with the Clerk for Two Hundred Thirty (230) days

---

**1**

exclusive of the date of filing and of this date.

2.     Plaintiff JS FREIGHT LLC (hereinafter "Plaintiff") requests that judgement by default be entered for the relief requested in Plaintiff's Complaint on file in this case. All parts of the Plaintiff's claim is liquidated and proved by an instrument in writing.

3.     Plaintiff requests that the Court require a Court Reporter to be present for the purpose of recording the testimony and all other evidence adduced at the hearing on this motion, whether in open Court or in chambers.

4.     Pursuant to Fed. R. Civ. P. Rule 5, I certify that the Defendant's last know mailing address is 221 River St, 11th floor, Hoboken, NJ 07030.


Dated: November 26, 2024,                     Respectfully Submitted,

                                              THE FOLLAND LAW GROUP


                              By: _____
                                              Brian N. Folland,
                                              Attorney for Plaintiff,
                                              JS FREIGHT LLC

MOTION FOR ENTRY OF DEFAULT JUDGEMENT AGAINST DEFENDANT SNOW JOE LLC
United States Federal Court Case No. 1:24-CV-00430-JLT-BAM
JS FREIGHT LLC v. SNOW JOE LLC

Brian N. Folland Esq, SBN: 157350
THE FOLLAND LAW GROUP
8050 North Palm Avenue, Suite 300
Fresno, California 93711
Phone: 559-330-2203
Fax: 559-715-4071
Email: brian.follandlawgroup@gmail.com

Attorney for: JS FREIGHT LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| JS FREIGHT LLC | Case No.: 1:24-cv-00430-JLT-BAM |
| Plaintiff, | |
| vs. | |
| SNOW JOE LLC, and DOES 1-50, Inclusive<br>Defendant(s) | **AFFIDAVIT OF BRIAN N. FOLLAND FOR ENTRY OF DEFAULT JUDGEMENT** |

I, BRIAN N. FOLLAND, declare the following:

1.    I am the Attorney for Plaintiff in the above-entitled matter.

2.    The Complaint and Summons in this case were served on Defendant on July 2, 2024, at 5:05 P.M., as appears from the Return of Service filed in this case by Plaintiff JS FREIGHT LLC.

**3**

MOTION FOR ENTRY OF DEFAULT JUDGEMENT AGAINST DEFENDANT SNOW JOE LLC
United States Federal Court Case No. 1:24-CV-00430-JLT-BAM
JS FREIGHT LLC v. SNOW JOE LLC

3.    The time within which Defendant may answer or otherwise move with respect to the complaint has expired, and Defendant has not answered or otherwise moved, nor has the time for Defendant to answer or otherwise move been extended.

4.    Defendant is neither a minor nor an incompetent person.


Dated: November 26, 2024,                    Respectfully Submitted,

                                             THE FOLLAND LAW GROUP

                                       By: _____
                                             Brian N. Folland,
                                             Attorney for Plaintiff,
                                             JS FREIGHT LLC

1  Brian N. Folland Esq, SBN: 157350
2  THE FOLLAND LAW GROUP
   8050 North Palm Avenue, Suite 300
3  Fresno, California 93711
   Phone: 559-330-2203
4  Fax: 559-715-4071
   Email: brian.follandlawgroup@gmail.com
5
6  Attorney for: JS FREIGHT LLC
7
8              IN THE UNITED STATES DISTRICT COURT
9      FOR THE EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION
10

| JS FREIGHT LLC | Case No.: 1:24-cv-00430-JLT-BAM |
|---|---|
| Plaintiff, | |
| vs. | |
| SNOW JOE LLC, and DOES 1-50, Inclusive Defendant(s) | **DEFAULT JUDGEMENT BY CLERK** |

In this action the Defendant SNOW JOE LLC, having been duly served with the

Summons and Complaint and having failed to appear and their default having been duly entered,

upon request of the Plaintiff and upon the Affidavit of Attorney Brian N. Folland of the amount

due, which said amount is a sum certain or a sum which can by computation made certain, the

Affidavit of Brian N. Folland that the Defendant is not an infant or incompetent person,

judgement is hereby entered against the Defendant, and

///

**5**

MOTION FOR ENTRY OF DEFAULT JUDGEMENT AGAINST DEFENDANT SNOW JOE LLC
United States Federal Court Case No. 1:24-CV-00430-JLT-BAM
JS FREIGHT LLC v. SNOW JOE LLC

It is so ORDERED and ADJUDGED that the Plaintiff recover of the Defendant damages in the amount of Seventy-Five Thousand Five Hundred Sixty-Nine Dollars ($75,569) and costs of this action.

Done at _____ this _____ day of _____, _____.


Dated: _____            _____

                                    Name of Court Clerk

---

**6**

MOTION FOR ENTRY OF DEFAULT JUDGEMENT AGAINST DEFENDANT SNOW JOE LLC
United States Federal Court Case No. 1:24-CV-00430-JLT-BAM
JS FREIGHT LLC v. SNOW JOE LLC