UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JS FREIGHT LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SNOW JOE LLC,<br><br>    Defendant. | Case No.: 1:24-cv-0430 JLT BAM<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT<br><br>(Docs. 18, 20, 21) |

JS Freight LLC asserts Snow Joe LLC is liable for breach of contract. (*See generally* Doc. 1.) After Defendant failed to answer to the complaint, the Court entered default against Defendant. Plaintiff now seeks default judgment against Defendant. (Docs. 18, 20.) The magistrate judge found, "Plaintiff's motion for default judgment does not meet the requirements of Rule 55(b)(1)" for entry of default judgment by the Clerk. (Doc. 21 at 3.) In addition, the magistrate judge observed: "[T]o the extent that Plaintiff is applying to the Court for a default judgment, Plaintiff addresses none of the *Eitel* factors, solely including a supporting affidavit which states: the date of service, that Defendant's time to respond has expired, and that Defendant is neither a minor nor an incompetent person." (*Id.* at 4.) As a result, the magistrate judge determined default judgment was likewise not appropriate under Rule 55(b)(2), and recommended the motion be denied without prejudice. (*Id.*)

The Court served the Findings and Recommendations on Plaintiff and notified the company that any objections were due within 14 days. (Doc. 21 at 4.) The Court advised Plaintiff that the "failure to

1

file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal." (*Id.* at 4, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so expired.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated December 11, 2024 (Doc. 21) are **ADOPTED** in full.
2. Plaintiff's motions for default judgment (Docs. 18 and 20) are **DENIED** without prejudice.

IT IS SO ORDERED.

Dated:   **January 3, 2025**

UNITED STATES DISTRICT JUDGE

2