1
2
3
4
5
6
7
8
9
10
11
12

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JS FREIGHT LLC, | Case No.  1:24-cv-00430-JLT-BAM |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT |
| v. | |
| SNOW JOE LLC, | |
| Defendant. | (Docs. 25, 33) |

    JS Freight LLC initiated this action on April 10, 2024.  (Doc. 1.)  On October 20, 2025, the assigned magistrate judge issued findings and recommendations regarding Plaintiff's Motion for Default Judgment recommending as follows: (1) Plaintiff's motion for default judgment be GRANTED and default judgment be entered in favor of Plaintiff JS Freight LLC and against Defendant Snow Joe LLC; (2) Plaintiff be awarded damages in the principal sum amount of $75,569.00; (3) Plaintiff be awarded pre-judgment interest on the principal sum amount pursuant to Cal. Civ. Code § 3289(b), to be calculated at a rate of 10% annually from the date the invoice

1   became due and payable, until the date this judgment is entered; (4) Plaintiff's request for
2   attorneys' fees and costs be DENIED without prejudice, and to the extent that Plaintiff wishes to
3   seek attorneys' fees and costs, Plaintiff is ORDERED to submit supplemental briefing on the
4   issue of attorneys' fees and costs no later than 30 days after the date this judgment is entered; and
5   (5) Plaintiff be ordered to mail a copy of these findings and recommendations to Defendant Snow
6   Joe LLC at the address of its registered agent for service of process.  (Doc. 33.)

7      The Court served the findings and recommendations on Defendant Snow Joe LLC (Doc.
8   34) and notified defendant that any objections thereto were to be filed within 14 days after
9   service.  (Doc. 33 at 11.)  Defendant Snow Joe LLC has not filed objections, and the time to do so
10  has since passed.

11     In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a
12  *de novo* review of the case.  Having carefully reviewed the entire file, the court finds that the
13  findings and recommendations are supported by the record and proper analysis.  *See Eitel v.*
14  *McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986); *PepsiCo, Inc. v. Cal. Sec. Cans*, 238 F. Supp.
15  2d 1172, 1174 (C.D. Cal. 2002).  Accordingly, the Court **ORDERS**:

16  1. The findings and recommendations issued on October 20, 2025 (Doc. 33) are **ADOPTED**
17     **IN FULL**;
18  2. Default judgment is entered in favor of Plaintiff JS Freight LLC and against Defendant
19     Snow Joe LLC;
20  3. Plaintiff is awarded damages in the principal sum amount of $75,569.00;
21  4. Plaintiff is awarded pre-judgment interest on the principal sum amount pursuant to Cal.
22     Civ. Code § 3289(b), to be calculated at a rate of 10% annually from the date the invoice
23     became due and payable, until the date this judgment is entered;
24  5. Plaintiff's request for attorneys' fees and costs is **DENIED** without prejudice, and to the
25     extent that Plaintiff wishes to seek attorneys' fees and costs, Plaintiff is **ORDERED** to
26     submit supplemental briefing on the issue of attorneys' fees and costs **no later than 30**
27     **days after the date this judgment is entered**; and
28  6. Plaintiff is ordered to mail a copy of this Order to Defendant Snow Joe LLC at that

1   Defendant's last known address.

IT IS SO ORDERED.

Dated:   **November 14, 2025**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE