## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JS FREIGHT LLC ,** | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NO: **1:24–CV–00430–JLT–BAM** |
| **SNOW JOE LLC ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/17/2025 .**

ENTERED:   **November 17, 2025**        /s/  **Keith Holland**
                                                        Clerk of Court